# EXHIBIT "A"



**INVITATION TO NEGOTIATE**
School District of Lee County
Department of Procurement Services
(239) 337-8180 Phone

Release Date: March 22, 2018
ITN No.: N187332DG
ITN Title: Fresh Produce
Contact: Doug Gupton (DougGG@leeschools.net)

This proposal must be submitted to The School District of Lee County, Department of Procurement Services, 2855 Colonial Boulevard, Fort Myers, Florida, 33966-1012, no later than **2:00p.m. local time on April 17, 2018** and plainly marked ITN No. N187332DG Fresh Produce.  Proposals are due and will be opened at this time.

## REQUIRED SUBMITTAL CHECKLIST
*For each item below initial that forms are accurately completed, signed by an officer of the business, and returned with the proposal.*

| | |
|---|---|
| X  (Attachment A) Proposal Response Form | X  (Attachment J) Proposal Mailing Label |
| X  (Attachment B) Reference Form | X  State of Florida Business License |
| X  (Attachment C) Insurance Requirements Form | X  Refrigerated Vehicle Equipment List |
| X  Current Certificate of Insurance as required herein | X  One Page Summary of Recall Policy |
| X  (Attachment D) Addenda Acknowledgement Form and copies of each | X  Invoices |
| X  (Attachment E) Debarment Form | X  Sample Wholesale Cost |
| X  (Attachment F) Drug Free Workplace Certification Form | X  Statement of Guarantee |
| X  (Attachment G) Public Entities Crime Form **must be notarized** | X  Market Cost Sheet for March 19, 2018 through March 23, 2018 |
| X  (Attachment H) Statement of Principal Place of Business And Attorney Opinion for Out of State Bidders | X  One (1) manually signed proposal, three (3) copies, and an electronic version in usable Microsoft Word or Excel format on flash drive as required herein |
| X  (Attachment I) Corporate Overview, Experience and Key Personnel | X  Attachment A in a useable Microsoft Excel format on flash drive as required herein |

Proposer Business Name:   Oakes Farms Food & Distribution Services, LLC.

Proposer Taxpayer Identification Number: 46-1801858

Address:   4206 Mercantile Ave          City, State & Zip Code:   Naples, FL 34104

Telephone: (239)263-2502                    Fax:

Name of Owner or Authorized Officer/Agent:   Anthony K. High          Title:   President

Email Address:  foodseviceadmin@oakesfarms.com     Internet URL:  oakesfarms.com

Additional Contact Name:  William S. Brittenham          Email Address:  bill@oakesfarms.com

Signature of Owner or Authorized Officer/Agent:                          Date:  04/13/2018
*(Proposal must be signed by an officer or employee having authority to legally bind the Proposer)*

**Anti-Collusion Statement/Public Domain:** I, the Proposer, have not divulged, discussed, or compared this proposal with any other Proposer and have not colluded with any other Proposer in the preparation of this proposal in order to gain an unfair advantage in the award of this proposal.  I acknowledge that all information contained herein is part of the public domain subject to the Public Records Act, Chapter 119, Florida Statutes.

**Proposal Certification:** By my signature, I hereby certify that I am submitting the following information as my company's proposal and understand that by virtue of executing and returning with this proposal this **Required Submittal Checklist,** I further certify complete and unconditional acceptance of the contents inclusive of this Invitation to Negotiate, and all appendices and the contents of any addenda released hereto.

## NO RESPONSE – I HEREBY SUBMIT THIS AS A "NO RESPONSE" FOR THE REASON(S) CHECKED BELOW:

| | |
|---|---|
| ☐  Insufficient time to respond | ☐  Addendum received too late to respond |
| ☐  Specifications were unclear or restrictive | ☐  Could not meet insurance requirements |
| ☐  ~~Could not meeting bonding requirements~~ | ☐  We do not offer the product or service requested |
| ☐  Our schedule will not permit us to respond | ☐  Remove our company name from this commodity listing only |
| ☐  Terms & Conditions were unclear or restrictive | ☐  Keep our company on the proposal list for future proposals |
| ☐  Could not meet specifications | ☐  Other |

# TABLE OF CONTENTS

**Page**

Required Submittal Checklist.................................................................... 1

General Conditions .................................................................................. 3

Detailed Specifications............................................................................ 11

Estimated Timeline ................................................................................. 13

Proposal Submittal (Information to be Included in the Proposal) ................. 13

Evaluation of Proposals........................................................................... 16

Exhibit 1 – School District of Lee County Delivery Locations........................ 21

Attachment A – Proposal Response Form ................................................ 25

Attachment B – Reference Form ............................................................. 32

Attachment C – Insurance requirements Form ......................................... 34

Attachment D – Addenda Acknowledgement Form.................................... 36

Attachment E – Debarment Form............................................................ 37

Attachment F – Drug-Free Workplace Certification Form............................ 38

Attachment G – Public Entity Crimes Form .............................................. 39

Attachment H – Statement of Principal Place of Business ......................... 41

Attachment I – Corporate Overview, Experience and Key Personnel .......... 42

Attachment J – Proposal Mailing Label .................................................... 44

**GENERAL CONDITIONS**
Proposer: to ensure acceptance of the proposal follow these instructions.

1. **Sealed Proposal Requirements:** The "Invitation to Negotiate" sheet must be completed, signed, and returned with each proposal. Proposers must submit one original, manually signed proposal signed by a representative authorized to legally bind the Proposer to the provisions herein; additional copies as required in the detailed specifications; one electronic version on flash drive identical to the original in PDF format; and all attachments and forms completed as required herein. Additional proposal submittal requirements may be defined in the detailed specifications herein. Unless otherwise specified, Proposers must use the form(s) furnished by the District. **Proposals received that fail to comply with these submittal requirements may not be considered for award.**

2. **Definitions:** For the purpose of this Invitation to Negotiate (ITN), the following words and phrases shall have these meaning:
   a) "District" shall mean The School District of Lee County, Florida.
   b) "Proposer" shall mean any person, firm or corporation who submits a proposal pursuant to this ITN.
   c) "Vendor" shall mean the successful proposer(s), whether a corporation, partnership, individual or any combination thereof, and its, their or his successors, personal representatives, executors, administrators, and assignees.

3. **Proposer's Responsibility: It is the responsibility of the Proposer to obtain all pages of the ITN package and all attachments thereto, together with any addenda to the ITN package that may be issued prior to the ITN due date.** Proposers are required, before submitting a proposal, to obtain and carefully examine the ITN specifications and to completely familiarize themselves with all of the terms and conditions. Ignorance on the part of a Proposer will in no way relieve them of any of the obligations and responsibilities which are a part of this proposal.

4. **Proposal Submittal:** All proposals shall be typewritten or filled in with pen and ink. Proposals having erasure or corrections must be initialed by the Proposer in ink. All proposals must be signed in ink by an officer or employee having authority to legally bind the Proposer. All proposal pricing shall be on the response form provided herein and signed by an authorized officer of the company. By signing, Proposer attests that they fully understand there will be no recourse for negligence or oversight for not doing so. Completed proposal must be submitted in a sealed envelope.

5. **Specification Precedence:** If a conflict exists between the general conditions and the detailed specifications, then the detailed specifications shall prevail.

6. **Public Entity Crime:** Pursuant to Florida Statute 287.133, a person or affiliate who has been placed on the convicted vendor list following a conviction for a public entity crime may not submit a proposal on a contract to provide any goods or services to a public entity, may not submit a proposal on a contract with a public entity for the construction or repair of a public building or public work, may not submit proposals on leases of real property to a public entity, may not be awarded or perform work as a Contractor, supplier, subcontractor, or consultant under a contract with any public entity, and may not transact business with any public entity in excess of the threshold amount provided in Section 287.017, for CATEGORY TWO, for a period of 36 months from the date of being placed on the convicted vendor list.
   Proposers shall complete and submit with their Proposal the complete, accurate, and notarized statement required by Section 287.133, Florida Statutes, Public Entity Crimes Statement, provided herein. Failure to submit a properly completed and notarized form shall be cause for submittal to be judged non-responsive.

7. **Specification Variances:** For purpose of evaluation, the Proposer shall indicate any and all variances from specifications, terms and/or conditions regardless of how slight. If variations are not stated in the proposal, it shall be assumed that the proposed product or service fully complies with the specifications, terms and conditions herein.

8. **Requests for Clarifications:** Any and all questions regarding this ITN, whether technical, procedural or otherwise, must be submitted in writing to the attention of the Procurement Agent designated herein, seven (7) business days prior to the ITN due date, unless otherwise stated in the specifications. All such interpretations and supplemental instructions will be in the form of written addenda to the ITN documents. No correction or clarification of any ambiguity, inconsistency or error in the ITN terms, conditions or specifications will be made to any Proposer orally. Only the interpretation or correction so given by the Procurement Agent, in writing, shall be binding. Proposers are advised that no other source is authorized to give information concerning, explaining, or interpreting the ITN documents. If a Proposer should be of the opinion that the meaning of any part of the proposal specifications are uncertain, obscure, or contains errors or omissions, they should report such opinion to the Procurement Agent in writing no more than three (3) days after the receipt of the documents.

9. **Delivery of Proposal:** One proposal clearly marked "Original", copies as required herein and an electronic version on flash drive identical to the original in a useable Microsoft Word or Excel format, of response must be furnished and arrive no later than 2:00 PM., local time, on or before the due date specified on the cover sheet of this ITN, to be considered. Proposals shall be organized and shall include necessary information as to be in full compliance with the ITN specifications. The District reserves the right to reject and not consider any proposal that is not submitted in accordance with the ITN general conditions, specifications or ITN submittal requirements. The response shall be submitted in a sealed envelope addressed to The School District of Lee County, Department of Procurement Services, 2855 Colonial Blvd., Fort Myers, FL 33966-1012.
   a) If a proposal is delivered in person, Proposer must follow the District's security access procedures as follows: park in visitor's parking area; enter building through front

door; present proposal to Procurement Department representative for official date/time stamping.

b) Proposals received by telephone, telegraph, electronic mail, or facsimile machine shall not be accepted unless stated in the special conditions of this ITN.

10. **Proposal Opening:** Proposal openings shall be public at the date and time stated in the ITN at the Department of Procurement Services of The School District of Lee County, 2855 Colonial Blvd., Fort Myers, Florida 33966-1012, unless otherwise indicated.

11. **Proposals Received Late:** It is the Proposers responsibility to assure that the proposal is received by the Department of Procurement Services prior to the opening date and time specified. Any proposal received after the opening date and time shall not be considered for award. The District will not be responsible for proposals received late because of delays by a third party delivery service; e.g., U.S. Mail, UPS, Federal Express, etc.

12. **Processing Time:** It is understood that the normal proposal processing time shall be 120 days after the opening date of this ITN, and that prices reflected by the proposal will be firm through the proposal processing time and the delivery of items awarded.

13. **Original and Renewal Term:** The award resulting from this ITN shall be in effect for the term defined in the detailed specifications commencing upon Board approval or until new proposals are taken and awarded. The award resulting from this ITN (or any portion thereof) has the option of being renewed as defined in the detailed specifications, or extended for a period up to 180 days, upon mutual agreement of both parties, under the same terms and conditions as the original award. The District, through its Department of Procurement Services, will, if considering a renewal or extension, request a letter of intent to renew or extend from one or more awardees, prior to the end of the current contract period. The awardees will be notified when the recommendation has been acted upon by the District. The Proposer agrees to these conditions by signing its proposal.

14. **Lobbying:** From the time that a formal solicitation is released until such time as an award is made by the School Board, vendors are prohibited from lobbying School Board Members, District employees, or any community member appointed to serve on the relevant selection committee, regarding the formal solicitation. All inquiries must be written and directed to the Department of Procurement Services.

(a) Lobbying is defined as any action taken by an individual, firm, association, joint venture, partnership, syndicate, corporation, and all other groups who seek to influence the governmental decision of School Board Members, District employees, or any community member appointed to serve on the relevant selection committee, on the award of a contract. Lobbying by any respondent or any individual on behalf of a vendor will result in rejections/disqualification of said response.

(b) Violation of the provision regarding lobbying may also result in debarment of the vendor as provided in Policy 6.071.

15. **Prompt Payment Discount:** Cash discount for prompt payment of invoices, if offered, shall not be considered in evaluating proposals and making awards. Cash discount terms, if offered in the proposal, must be clearly indicated on each invoice.

16. **Brands:** Proposers shall indicate, for each item proposed, the name and model of the brand being proposed. Use of brand names, trade names, make, model, manufacturer, or Contractor catalog number in the specifications is for the purpose of establishing a grade or quality of material only. It is not the District's intent to rule out other competition; therefore, the phrase "OR APPROVED EQUAL" is added, unless otherwise indicated in the specifications. However, if a product other than specified is proposed, it is the Proposer's responsibility to submit, with the proposal, samples, descriptive literature and/or detailed specifications which illustrate the product sufficiently for evaluation. Proposals received without this information, or with insufficient information, as determined by the evaluation committee, may not be considered. If the words "ONLY" or "NO SUBSTITUTES" appear in the specification, then no other brands, trade names, makes, models or manufacturers shall be considered. The District shall be the sole judge concerning the merits of proposals submitted. Once an item is awarded from this proposal to a Proposer, no substitution of brands shall be permitted. If a Proposer does not indicate what he is offering in the proper blank and if the Proposer is successful in being awarded the item(s) then the Proposer shall be obligated to furnish the item(s) specified by the District.

17. **Warranty/Guarantee:** All materials and/or services furnished under this proposal shall be warranted by the Contractor, distributor and manufacturer to be free from defects and fit for the intended use. Unless otherwise requested, the items proposed must be new and equal to or exceed specifications. The manufacturer's standard guarantee or warranty shall apply. During the guarantee or warranty period, the Vendor must repair and/or replace the unit without cost to the District with the understanding that all replacements shall carry the same guarantee or warranty as the original equipment. The Vendor shall make any such repairs and/or replacements immediately upon receiving notice from the District.

18. **Proposal Evaluation and Award:** Proposals shall be reviewed in accordance with the ITN specifications and conditions and the best interest of the District. The District reserves the right to accept or reject any or all proposals in part or in whole, waive minor variations, informalities, irregularities, omissions or technicalities, request new proposals, and/or consider alternate proposals which meet the general specifications set forth. Proposals which contain any alteration, addition, conditions, limitations, unauthorized alternates or show irregularities of any kind may be rejected by the District. The District reserves the right to award proposals on such products and/or services it deems will best serve the District's best interest from the standpoint of price, quality, and suitability for the intended purpose and any other determining factors.

a) Proposals will be evaluated, scored and ranked based on the written responses to the proposal grading criteria specified herein. Based on the rankings, one or more firms may be selected to commence negotiations.

The District reserves the right to create, and select proposers from a "short list" in order to enter into final contract negotiations with one or more Proposers, with the intent of awarding a contract and producing terms and conditions to reflect the outcome of the negotiations. The District reserves the right to negotiate individually or collectively with the top ranked firms, and to evaluate, score and rank Proposers who enter into final contract negotiations, based on the grading criteria specified herein. Proposers invited to negotiate shall make available at each and every negotiation their representatives with the responsibility and authority to legally commit the Proposer to final terms and conditions. Proposers are cautioned to present their best offer with their proposal as the District may select a proposal for award without further negotiation.

b) After final evaluation, ranking, and/or negotiation of one or more proposals, a tabulation of the responses with intent to award shall be posted for review by interested parties at the office of the Department of Procurement Services and shall remain posted for a period of no less than three (3) days. This information shall also be posted on School District of Lee County's website http://www.leeschools.net/procurement.

c) A recommendation for award will be presented to the Superintendent, and subsequently to the School Board for consideration. The School Board exercises the authority to accept or reject proposals.

19. **Notification of Award/Purchase Orders:**   Upon Board approval to award a contract, participating Proposers, successful and unsuccessful, shall be notified of the award configuration in writing by the Department of Procurement Services. Proposers who are awarded a contract resulting from this ITN are cautioned not to provide goods or services to any District site or to any District employee prior to receiving purchase orders issued by the District's Department of Procurement Services. Notification of Award is not to be construed as authorization to provide goods or services.

20. **Contract Documents:**   The submission of a proposal constitutes an offer by the Proposer. Upon Board approval the Department of Procurement Services will issue a letter of award. This ITN, any addenda to this ITN, the submitted proposal, revisions to such documents agreed upon by both parties in writing during the negotiation process, and the corresponding purchase order(s) and change order(s) will constitute the complete agreement between the successful Proposer and the District. If a specific contract document is requested by the District, it shall be included with the above mentioned items as part of the contract agreement. Each proposal is received with the understanding that an acceptance in writing by the District of the offer to furnish any or all of the services and materials described shall constitute a contract between the Proposer and the District. This contract shall bind the Proposer to furnish and deliver the services and materials quoted, at the prices stated and in accordance with the terms conditions of said accepted proposal. It is agreed that the Proposer will not assign, transfer, convey or otherwise dispose of the contract or its

right, title or interest in or to the same, or any part thereof, without previous consent of the District and any sureties.

21. **General Information about the District:** The District and its School Board of Lee County were created pursuant to Section 4, Article IX of the Constitution of the State of Florida. The District is an independent taxing and reporting entity managed, controlled, operated, administered, and supervised by District school officials in accordance with Chapter 1001, Florida Statutes.

a) The School Board consists of seven elected officials responsible for the adoption of policies, which govern the operation of District public schools. The Superintendent of Schools is responsible for the administration and management of the schools within the applicable parameters of State Laws, State Board of Education Rules, and School Board policies. The Superintendent is also specifically delegated the responsibility of maintaining a uniform system of records and accounts in the District by Section 1001.51, Florida Statutes as prescribed by the State Board of Education.

b) The School District of Lee County serves the entire area of the county, including the cities of Bonita Springs, Cape Coral, Fort Myers, Fort Myers Beach, Sanibel and the Village of Estero. The District's enrollment is approximately 90,000 pre-k-12 students. With approximately 12,000 employees (including full-time, part-time, substitutes, short-course instructors, and hourly employees), the School District is the largest employer in Lee County.

22. **Price Adjustments:** The District may, in its sole discretion, make an equitable adjustment in the contract terms and/or pricing if pricing or availability of supply are affected by extreme and unforeseen volatility in the marketplace, that is, by circumstances that satisfy all of the following criteria:

a) The volatility is due to causes wholly beyond the vendor's control

b) The volatility affects the marketplace or industry, not just the particular vendor's source of supply

c) The effect on pricing or availability of supply is substantial

d) The volatility so affects the vendor that continued performance of the contract would result in substantial loss or financial hardship.

The determination as to whether a situation represents "extreme" volatility of the marketplace and/or whether the effect on pricing or availability is "substantial" shall be solely at the discretion of the District. Requests for adjustments must be made to the Director of Procurement Services within twenty four hours after receipt of an order from the District for the affected product and will not be considered more than once in a 120-day period.  For contracts with an initial award period exceeding one (1) year, prices shall remain firm for the first year.

23. **Substitutions:** Should a particular product become unavailable after award due to discontinuance by manufacturer, extreme market demand or inability of manufacturer to produce the product for a certain period of time, or quality or compatibility as solely determined by the District, Vendor may propose a substitute product to the

District.  The Vendor shall provide specifications for the proposed substitute product, or if requested by the District, a sample of the proposed substitute.  Vendor will also provide documentation as to the unavailability of the original awarded product to the District for its review.  Such a substitute will only be considered if the District has a continued need for the product within a specified time frame where the original awarded product will be unavailable.  Whether a substitute is necessary and whether the proposed substitute is acceptable are solely within the discretion of the District.

24. **Vendor Performance:**  The Vendor shall provide competent, suitable, qualified personnel to perform any project required by the ITN.  The Vendor shall at all times maintain good discipline and order while on District property**.** Vendor employees and subcontractor employees (if authorized) assigned to this project must be pre-screened and will be thoroughly reviewed for but not limited to current certification and documentation.

a) When on District property, the Vendor shall furnish all equipment, labor, transportation, construction equipment and machinery, tools, appliances, fuel, power, heat, light, telephone, water and sanitary facilities and incidentals necessary for the execution, testing, initial operation and completion of any project unless otherwise specified.

b) The Vendor shall be responsible for the appearance and demeanor of all personnel assigned to the project and shall require that all employees wear shirts with visible company logo and personal identification of the individual employee.  Uniforms and/or dress code shall be inclusive of, but not limited to, neat and clean company uniforms or attire that are appropriate and easily identifiable. District identification badges shall be worn and clearly visible while on any District property.

c) The Vendor's personnel shall have no contact with students or school staff, other than administrative staff or designated representatives, with the exception of emergency situations.  The Vendors employees shall refrain from using foul, abusive, or profane language on District property.

d) Upon arrival and departure onto any District school campus, the Vendor's employees shall enter their company information into the School Log Book provided in the Administrative office of each campus.

e) The Vendor's personnel shall be aware that all District sites are smoke free areas.  The use of tobacco products is prohibited on any property owned by the District. Vendor's personnel shall be aware that it is illegal to have in one's possession any firearm, illegal drug or alcoholic beverage while on District property; or be under the influence of any illegal drug or alcoholic beverage while on District property.

f) When on District property, the Vendor shall strictly limit its operations to the designated work areas and shall not permit any employees to enter any other portions of District property without District's expressed prior written consent.

g) All employees are prohibited from distributing any papers or other materials upon District property, and are strictly prohibited from using any District telephones or other office equipment.

h) All employees shall enter and leave District facilities only through the ingress and egress points designated, from time to time, by the District.

i) The Vendor shall be responsible for the removal of all trash and debris occasioned by this contract. Failure to adhere to this requirement will result in the costs of the performance of this work by others being charged to the Vendor.

j) The Vendor shall be responsible for all damages caused by the Vendor, its subcontractors and employees of each, and shall be held responsible for replacing or repairing any damage due to negligence on their part to any person(s) and/or property. The District may withhold payment or make such deductions as deemed necessary to insure reimbursement or replacement for loss or damage to property.

k) Any existing surface or subsurface improvements, including, but not limited to, pavements, curbs, sidewalks, pipes, utilities, footings, structures, trees and shrubbery, not indicated in the contract documents to be removed or altered, shall be protected by Vendor from damage during the prosecution of any project. Any such improvements so damaged shall be restored by Vendor to condition at least equal to that existing at the time of Vendor's commencement of any project.

l) Vendor acknowledges that work may be performed at a particular project site where the District simultaneously is conducting and continuing its operations upon the same site.  In such event, Vendor shall coordinate its work so as to cause no unreasonable interference with or disruption to the District's operations. The District may perform other work related to any particular project at the site by the District's own forces, have other work performed by utility owners or let other direct contracts.

m) If during the performance of any project, Vendor or any subcontractor, sub-subcontractor, agent, employee or anyone else for whom Vendor is legally liable, causes a disruption to any utilities service to other facilities or customers within a project area, Vendor shall take all actions necessary and required to immediately restore such utilities service.  If Vendor fails to take such immediate actions the District shall have the right to take whatever actions it deems necessary and required to immediately restore the disrupted services, and all costs incurred by the District as a result thereof shall be reimbursed to the District by Vendor within five (5) business days of written demand for same from the District.

n) Vendor is responsible for the safety and protection of all persons and property on or about the project site during the progress of any project. Further, it is Vendor's responsibility to protect from damage or loss all material and equipment to be incorporated into any project which may be stored off the project site. Vendor shall develop and implement, in accordance with the requirements of

the contract documents (including any District rules or regulations), a safety plan for any project, as required. Vendor shall comply with all applicable codes, laws, ordinances, rules and regulations of the District and any public body having jurisdiction over any project, including all of their safety codes, laws, ordinances, rules and regulations. If Vendor observes that the Contract Documents are at variance therewith, it shall promptly notify the District in writing.

o) When requested, Vendor shall cooperate with any ongoing District investigation involving personal injury, economic loss or damage to the District's facilities or personal property therein.

p) Proper safety barricades, protective, and covering devices shall be used to divert traffic and protect personnel.  Normal safety signs, necessary lighting and temporary fencing/barricades around work areas shall be installed and maintained in accordance with OSHA requirements while the work is in progress. Materials must be secured in accordance with OSHA regulations when not in use.

q) The Vendor shall be responsible for instructing their employees in all safety measures.  All equipment used by the Vendor shall be free from defects or wear that may in any way constitute a hazard to any person or persons on District property.  At no time shall equipment be operated without guards, shields, or other manufacturers recommended safety accessories in place and functioning as intended by the manufacturer.  All current OSHA safety standards shall be reinforced including, but not limited to, the following rules:

   i. All OSHA and Federal required safety equipment shall be installed and functioning on all equipment.

   ii. All equipment shall be in sound working condition and must meet all OSHA Safety Standards.  All workers shall be aware of and trained in the operation of all safety equipment required for this project.

   iii. The Vendor shall ensure that employees are equipped with proper safety items such as glasses, hard hats, gloves, etc.

   iv. All incidents on campus involving District property or personnel shall be reported to the Director of Maintenance Services Department and the Campus Administrator immediately upon occurrence.

   v. All debris shall be removed to an environmentally approved landfill or recycling center.

**FAILURE TO COMPLY WITH ANY OF THE ABOVE PERFORMANCE REQUIREMENTS MAY RESULT IN TERMINATION OF CONTRACT.**

25. **Inspection, Identification and Acceptance:** Vendors shall be responsible for delivery of items in new condition meeting specification at point of destination. Vendors shall file with the carrier all claims for breakage, imperfections and other losses. If the material and/or services supplied to the District is found to be defective or does not conform to specifications, the District reserves the right to cancel the order upon

written notice to the seller and return the product to the seller at the seller's expense.

26. **Bid Bonds:** Bid bonds, when required, shall be submitted with the bid in the amount specified in the detailed specifications. Bid bonds will be returned to unsuccessful proposers.

27. **Performance Bonds:** When required and after acceptance of a proposal, the District will notify the successful proposer to submit a recorded payment and performance bond in the amount specified in the detailed specifications.

28. **Worker's Compensation:** Vendors shall obtain and maintain during the life of the contract Workers' Compensation Insurance in compliance with Chapter 440, Florida Statutes for all of his employees employed on the project. In case any work is sublet, Vendor shall require subcontractors similarly to provide Workers' Compensation Insurance.

29. **Cancellation/Termination:** In the event any of the provisions of the contract awarded as a result of this ITN are violated by the Vendor, the Superintendent or designee will give written notice to the Vendor stating the deficiencies and unless the deficiencies are corrected within ten (10) calendar days, recommendation may be made to the Board for immediate cancellation. Upon cancellation hereunder the Board may pursue any and all legal remedies as provided herein and by law. The Board reserves the right to terminate any contract resulting from this invitation at any time and for any reason, upon giving seven (7) days prior written notice to the other party. If said contract should be terminated for convenience as provided herein, the Board will be relieved of all obligations under said contract. The Board will only be required to pay to the Vendor that amount of the contract actually performed to the date of termination. Repeated instance of failure to perform may result in cancellation of the contract and removal of the Proposer from consideration on other District contracts for the duration of the document contract period or for three years, whichever is longer, at the discretion of the Director of Procurement. The contract may be terminated in accordance with Section 287.135, Florida Statutes, by the District if:

a) Vendor is found to have submitted a false certification concerning inclusion on a Scrutinized Companies List;

b) Vendor has been placed on the Scrutinized Companies that Boycott Israel List, or is engaged in a boycott of Israel;

c) Vendor has been placed on the Scrutinized Companies with activities in Sudan List or the Scrutinized Companies with activities in the Iran Petroleum Energy Sector List; or

d) Vendor has been engaging in business operations in Cuba or Syria.

30. **Default:** In the event that the awarded Proposer should breach this contract, the District and the School Board reserve the right to seek all remedies in law and in equity.

31. **Liability:** Where Vendors are required to enter or go onto District property to deliver materials, perform work or provide services as a result of a proposal award, the awarded Vendor assumes full duty, obligation and expense of obtaining all necessary licenses, permits and insurance, and shall be fully responsible for its own negligent or willful acts or omissions. Refer to the Attachment C (Insurance

Requirements form) for the District's insurance requirements.

32. **Indemnity: This General Condition of the ITN is NOT subject to negotiation and any proposal that fails to accept these conditions will be rejected as "non-responsive", unless vendor is entitled to sovereign immunity by action of the Florida Legislature.** The District agrees to assume liability in the amounts and for the cause established in Section 768.28, Florida Statutes for only injuries or damage caused by the negligence of the District, its agents or employees in performance of the duties of this contract. Nothing herein is intended to serve as a waiver of sovereign immunity by the District. Nothing herein shall be construed as consent by the District to be sued by third parties in any matter arising out of any contract. Vendor shall hold harmless and defend the District and its agents and employees from all suits and actions, including attorney's fees and all costs of litigation and judgments of any name and description arising out of or incidental to the performance of this contract or work performed there under. This provision shall also pertain to any claims brought against the District by an employee of the named Vendor, any Subcontractor, or anyone directly or indirectly employed by any of them. The Vendor's obligation under this provision shall not be limited in any way by the agreed upon contract price as shown in this Contract or the Vendor's limit of, or lack of, sufficient insurance protection.

33. **Taxes:** The District is exempt from any Taxes. State Exemption Certificate certified on request. State Sales Tax Exemption Certificate is No. 85-8012622066C-4, and Federal Tax Identification is No. 59-6000701.

34. **Occupational Safety Hazards Act Requirements:** The Proposer certifies that all material, equipment, etc., contained in the Proposal meets all Occupational Safety Hazards Act (OSHA) requirements. The Proposer further certifies that if he or she is the successful Proposer and the material, equipment, etc., delivered is subsequently found to be deficient pursuant to any OSHA requirement in effect on the date of delivery, all costs necessary to bring the material, equipment, etc. into compliance with aforementioned requirements shall borne solely by the Proposer.

35. **Drug Free Workplace/Identical Tie Proposals:** Whenever two or more proposals, which are equal with respect to price, quality and service, are received for the procurement of commodities or contractual services, a proposal received from a business that certifies that it has implemented a drug-free workplace program shall be given preference in the award process. In order to have a drug-free workplace program, a business shall comply with the requirements of Florida Statute 287.087.

36. **Ethics:** All awarded Vendors shall comply with the requirements of law regarding ethics as set forth in Chapter 112, Florida Statutes, rules promulgated by the Florida Commission of Ethics, and District Purchasing and Bidding Policies.

37. **Confidentiality:** Proposers shall be aware that all submittals provided with a proposal are subject to public disclosure and will **not** be afforded confidentiality with the exception of financial statements.

38. **Use of Other Contracts:** The District reserves the right to utilize other District contracts, State of Florida Contracts, contracts awarded by other city or county governmental agencies, other school boards, other community college/state university system cooperative proposal agreement, or to directly negotiate/purchase per School Board policy and/or State Board Rule 6A-1.012(5) in lieu of any offer received or award made as a result of this proposal, if it is in its best interest to do so. The District also reserves the right to separately propose any single order to purchase any item on this proposal if it is in its best interest to do so.

39. **Authority to Piggyback:** The School District of Lee County is a member of S.W. Florida Cooperative Purchasing Consortium. Other members include governmental entities in Charlotte, Collier, Hendry and Lee Counties. The District is also a member of the Bay Area Schools Purchasing Consortium; other members include the school boards of Brevard, Charlotte, Florida Virtual Schools, Hernando, Hillsborough, Lake, Manatee, Osceola, Pasco, Pinellas, Polk, Sarasota, and Seminole; and additional Florida school boards may join the Consortium. Upon award of this proposal, if mutually agreed upon between the successful Proposer(s) and governmental entity, submission of any proposal in response to this request constitutes a proposal made under the same conditions, for the same price, and for the same effective period as this proposal, to any other participating members of the above referenced Consortium entity.

40. **Invoicing and Payment:** Orders shall be processed or work performed only upon receipt of authorized purchase orders issued by The School District of Lee County Procurement Department.

   a) The Vendor will provide **copy of the original invoice to The School District of Lee County, Financial Accounting Department via email FinanceInvoices@LeeSchools.net**

   b) All invoices shall include purchase order number for proper identification. Invoices must be prepared properly to avoid unnecessary delays in payment. Upon receipt of invoices forwarded from the Finance Department, the user school/department will approve payment for requested work that has been completed satisfactorily. All invoices and correspondence shall be legible and dated.

   c) The District utilizes an ePayables Program through the MASTERCARD network. Accordingly, **Proposers must presently have the ability to accept these credit cards for payment, or take steps necessary to implement this ability before the start of the contract term, or contract award by the District.** The District reserves the right to revise this program as necessary.

41. **Liquidated Damages Recovery:** Vendor agrees to the use of Liquidated Damages Recovery in the event the Vendor fails to perform in accordance with contract provisions. On any occasion where the Vendor fails to perform or defaults on the contract, or any material provision thereof, the District may procure the necessary supplies/services from other sources and hold the Vendor financially responsible for any excess costs incurred. The difference between the contracted price of the products and the actual price paid in this circumstance

may be deducted from funds owed to the non-performing Vendor.

42. **Contact Information:** The Vendor shall appoint a person or persons to act as a primary contact with the District. This person or their designated back up shall be readily available during normal business hours by phone or in person; knowledgeable of the terms, conditions and procedures involved; and respond to messages within 24 hours. The District shall appoint a person or persons to act as the District Representative. The Vendor shall have access to the site after school hours, on weekends, and during school hours at the discretion of District Representative. All scheduling shall be coordinated with the District Representative.

43. **Bid Protest:** All solicitations and notices of intended decisions with respect to contract awards shall include the following statement: "Failure to follow the requirements of the bid protest procedures established by The School District of Lee County, Florida, shall constitute a waiver of all protest rights. Failure to file a protest within the time prescribed in Section 120.57(3), Florida Statutes, or failure to post the bond or other security required by law within the time allowed for filing a bond shall constitute a waiver of proceedings under Chapter 120, Florida Statutes.

44. **Maintaining Public Records:** Parties awarded a contract as a result of this solicitation who provide a service acting on behalf of the District shall:
   a) Keep and maintain public records required by the District to perform the service.
   b) Upon request from the District's custodian of public records, provide the District with a copy of the requested records or allow the records to be inspected or copied within a reasonable time at a cost that does not exceed the cost provided in the Chapter 119, Florida Statues or as otherwise provided by law.
   c) Ensure that public records that are exempt or confidential and exempt from public records disclosure requirements are not disclosed except as authorized by law for the duration of the contract term and following completion of the contract if the Vendor does not transfer the records to the District.
   d) Upon completion of the contract, transfer, at no cost, to the District all public records in possession of Vendor or keep and maintain public records required by the District to perform the service. If Vendor transfers all public records to the District upon completion of the contract, Vendor shall destroy any duplicate public records that are exempt or confidential and exempt from public records disclosure requirements. If Vendor keeps and maintains public records upon completion of the contract, Vendor shall meet all applicable requirements for retaining public records. All records stored electronically must be provided to the District, upon request of the District's custodian of public records, in a format that is compatible with the information technology systems of the District

45. **Vendor Background Screening Requirements:** Vendor will comply with all requirements of Florida Statutes 1012.32, 1012.465, 1012.467 and 1012.468, by certifying that the Vendor and all of its employees who provide services under

this contract have completed the background screening required by the referenced statutes and meet the standards established by the statutes. This certification will be provided to the District in advance of the Vendor providing any services on campus while students are present. The Vendor will bear the cost of acquiring the background screening and any fee imposed by the Florida Department of Law Enforcement to maintain the fingerprints provided with respect to Vendor and its employees. Vendor will provide the District a list of its employees who have completed background screening as required by the referenced statutes and meet the statutory requirements. Vendor will update these lists in the event that any employee listed fails to meet the statutory standards or new employees who have completed the background check and meet standards are added. Vendor agrees that in the event the Vendor or any employee who the Vendor has certified as completing the background check and meeting the statutory standards then is convicted of any disqualifying offense, the Vendor will notify the District within 48 hours of such.
   a) The parties agree that in the event that Vendor fails to perform any of the duties described in this paragraph, this will constitute a material breach of the contract entitling the District to terminate immediately with no further responsibility to make payment or perform any other duties under this contract. Vendor agrees to indemnify and hold harmless the District, its officers and employees from any liability in the form of physical injury, death, or property damage resulting from Vendor's failure to comply with the requirements of this paragraph of the Florida Statutes.
   b) Effective October 1, 2005 the Florida Department of Law Enforcement opened a new shared fingerprint database that is available to all School Districts in Florida. Vendor and their employees who were fingerprinted within the last five (5) years in any county in Florida should be in the State fingerprinting database. Vendors and their employees who have been fingerprinted in one of the School Districts should have the ability to notify other School Districts Human Resources Department of their fingerprinting status by providing the name of the School District in which they were fingerprinted, employee name and social security number. This legislation alleviates the issue of requiring vendors to be fingerprinted in every District in which they provide services.
   c) Vendor must provide a list of employees that will participate in this contract for fingerprinting appointments to the District's Department of Professional Standards and Equity at 239-337-8331.
   d) Any costs associated with obtaining District badges through the Department of Professional Standards and Equity shall be the sole responsibility of the Vendor.

46. **Vendor Process for Fingerprinting:** Upon award, Vendor is required to comply with the requirements of Florida Statutes, Section 1012.32, 1012.465, 1012.467 and 1012.468 and the Lee County School Board Policy 5.04, Fingerprinting and Background screening, sections 4 and 5. Among other compliance items included in this policy, section 5 (a) and (b)

state: (a) Prior to the start of work on any District site, all construction vendors and other vendors including but not limited to construction manager, company owners, architects, engineers, specialty vendors, subcontractors and personnel for the same shall be subject to a criminal background check to determine eligibility to perform work on a District site, unless the individual meets an exception contained in the School Board Policy. Individuals subject to a criminal background screening under this section shall pay the processing and maintenance fee required for all appropriate background checks. (b) In the event a contract results in the deployment of personnel, whether they are a direct employee of the vendor or a subcontractor, to a District construction site or any District property it is the responsibility of the Vendor to follow the requirements of this policy.

<u>Vendor Fingerprinting - Frequently Asked Questions and Cost</u>: The cost for fingerprinting, and answers to frequently asked questions (FAQs) related to the fingerprinting process, are located on the School District's website: http://www.leeschools.net/vendor-fingerprinting-faq.

Vendors who will never be present on a school district campus are not required to be fingerprinted.
Effective May 12, 2014, fingerprinting services for Vendors with the School District of Lee County will be provided by Fieldprint. There are currently multiple local locations that offer Fieldprint fingerprinting services. Those locations, as well as the locations of additional authorized service centers in Florida and other states, are available on the Fieldprint registration website at http://www.fieldprintflorida.com.

**<u>THERE WILL BE NO EXCEPTIONS TO THIS PROCESS.</u>**

**DETAILED SPECIFICATIONS**
**ITN No. N187332DG**
**FRESH PRODUCE**

1. **Overview:** Sealed proposals for **Fresh Produce** will be received from eligible proposers at the School District of Lee County (hereinafter "The District"), **Department of Procurement Services**, 2855 Colonial Blvd, Fort Myers, FL 33966, until **April 17, 2018 at 2:00 PM local time.** Project scope is to secure current market prices and fixed fee prices for fresh produce items required for the School District of Lee County, Florida (the District) Food and Nutrition Services breakfasts, lunch and summer programs.

   The District anticipates awarding for a period of three (3) years plus options for three (3) additional one (1) year periods under the same terms and conditions.

   **Interested parties must register with the Department of Procurement Services** by contacting Procurement Agent Doug Gupton at DougGG@Leeschools.net and provide the responding Proposer's name, primary point of contact for this Proposal, phone number, and e-mail address.

   Items to be purchased are categorized as follows:
   - **OPEN MARKET COST; and**
   - **FIXED FEES FOR SERVICE**

   **Proposers must bid on both of the categories to be considered for award**. It is anticipated that this proposal will be awarded in its entirety to the best, responsive and responsible proposer for categories 1 and 2, inclusive, meeting all specifications. Prices should be quoted as two separate costs; the current market cost and a firm fixed fee for service. These prices combined will equal the sell price of the item. Market prices released the week of **March 19, 2018 thru March 23, 2018**, shall be used for bidding purposes. Need to submit proof in the form of invoices from your suppliers, if applicable, to substantiate the market cost entered on the Proposal Response Form (Attachment A, Column F, market cost) submitted. This documentation shall be submitted with the proposal response and labeled as "Market Cost, Week of **March 19, 2018 thru March 23, 2018.**

   For produce items grown and distributed by the awarded vendor, pricing validation to the District cannot be determined utilizing invoice cost to the awarded vendor. For items grown and distributed by the awarded vendor the USDA Agricultural Marketing Service, Miami Terminal wholesale market price spreads for Florida grown items will be utilized as the vendor cost whenever requested. The delivered price (less the fixed delivery fee) to the District should not exceed the highest wholesale cost listed on the Terminal report for the date range in question. Market prices released the week of **March 19, 2018 thru March 23, 2018**, shall be used for bidding purposes. Prices for the USDA wholesale market price reports for the Miami Terminal are available via the following web site link: https://www.marketnews.usda.gov/mnp/fv-home

   All proposals submitted shall be on the Proposal Response Form, **Attachment A**, included in the specifications, a copy of which may be reviewed or obtained at the Department of Procurement Services or by downloading from Lee County School District, Procurement Services' website at: http://www.leeschools.net/procurement

   The District does not discriminate based on race, color, religion, sex, age, sexual orientation, national or ethnic origin, marital status, pregnancy, disability if otherwise qualified, or any other unlawful factor.

2. **Minimum Requirements:**

   The following requirements are necessary for proposals to be considered for evaluation.
   a) Proposer shall hold a current state Vendor's license and shall submit a copy of the current license with the response.

3. **Account Management or Project Manager Requirements:** – The District requires Proposers to designate a primary point of contact who will manage the project with the District. The designated Account Manager will perform the following functions:

    **3.1.** Be available during business hours 6:30 am to 3:30 pm to assist the District.

    **3.2.** Ability to routinely communicate with delivery personnel.

    **3.3.** Provide confirmation of orders received via e-mail upon receipt of any order.

    **3.4.** Provide timely, weekly order form with price list in excel format via e-mail.

4. **Inspections:** The District reserves the right, prior to or after award, to inspect the prospective awardees' facilities and place of business to determine if the Vendor has a regular, bona fide establishment that is presently operational and is likely to continue as such. Areas of evaluation by the District representative may include warehouse facilities, total cubic feet, and conditions of property and delivery fleet but are not limited to such.

5. **Addition or Deletion of Sites:** School District of Lee County locations are provided in Exhibit 1. The District reserves the right to add or delete locations at its discretion at any time throughout the term of this bid. Any additional location added during the term of this agreement will be handled in accordance with the conditions and prices of this agreement.

6. **Questions About the ITN:** Any questions concerning the Invitation to Negotiate shall be directed in writing to:

    The School District of Lee County
    Department of Procurement Services
    Doug Gupton, Procurement Agent
    2855 Colonial Blvd., Fort Myers, FL 33966
    Via fax at (239) 337-8200 or
    DougGG@LeeSchools.net.

All questions must be received no later than **April 5, 2018 at 2:00 PM.**  Any and all written questions received will be compiled and official responses will be developed by appropriate District employees. The compilation of written questions and official responses will be issued by the Department of Procurement Services in the form of addenda and placed on the District's website http://www.leeschools.net/procurement. Proposer shall be responsible for the acknowledgement of each addendum on Attachment D, the Addenda Acknowledgement Form.

Copies of addenda will be made available for inspection at the District's Department of Procurement Services where proposal documents will be kept on file.

No verbal or written information which is obtained other than by information in this document or by addendum to this ITN will be binding on the District.

7. **Contract Term:** The District anticipates awarding a contract for three (3) years commencing upon Board approval or until new proposals are taken and awarded. The contract (or any portion thereof) has the option of being renewed for three (3) additional one (1) year periods, for a total duration not to exceed six (6) years, upon mutual agreement of both parties, under the same terms and conditions. The District, through its Department of Procurement Services, will, if considering renewal, request a letter of intent to renew from each awardee, prior to the end of the current contract period. The awardee will be notified when the recommendation has been acted upon by the District. The Proposer agrees to this condition by signing its proposal.

8. **Guarantee/Warranty:** All proposers must state guarantee/warranty policy on items purchased under this contract. Evaluation and award of this ITN will consider price in addition to guarantee/warranty policy. Products that are deemed inferior, of poor quality, or unacceptable by representatives of the District shall be returned at no cost to the District and must be replaced within 24 hours from time of notice of unacceptability with an acceptable product. It is a requirement that produce is guaranteed to be delivered at the specified USDA Grade Standards per ITN Specifications. The District requires a guaranteed shelf life of produce for at least 5 days from

time of delivery. Please specify your firm's guaranteed shelf life of produce delivered in its whole form, for pre-cut products, and for 1-2 ounce pre-packed items. Consistent shipment of unacceptable product will result in immediate termination of this contract. Proposers shall submit their guarantee/warranty policy with their ITN.

9. **Qualifications:** Proposals will only be considered from commercial distributors who meet the qualifications listed below. Proposers must have adequate organization, facilities, equipment and personnel to ensure prompt and efficient service to the District. The District reserves the right, before recommending any award, to inspect the facilities and organization or to take any other action necessary to verify the ability to perform in accordance with the specifications and terms and conditions herein. The District will determine if the ability to perform is evident and will make awards only when it is deemed satisfactory and at the District's best interest. The decision as to whether a bidder meets these qualifications remains the sole discretion of the Food and Nutrition Services Department. The District reserves the right to inspect the awarded vendor's fleet or facilities at any time.

    a. Proposer must be licensed to conduct business within the State of Florida;

    b. Proposer must be currently engaged in commercial food distribution;

    c. Proposer must have or have access to refrigerated warehouse facilities capable of holding temperatures at 35º, 50º and 70º;

    d. Proposer must have or have access to a fleet of mechanically refrigerated trucks or truck compartments capable of holding temperatures at a minimum of 41º while in transit. **Proposer must provide an accurate listing of all refrigerated vehicles including make, model, year, and VIN to demonstrate the ability to perform the requested service;**

    e. Proposer must have access to an experienced produce buyer and a contract administrator who can serve as the District's account manager on a day-to-day basis; and

    f. All cut produce must be received at an acceptable temperature range between 33º to 41º Fahrenheit or products will be refused at delivery.

10. **Estimated Timeline**

| | |
|---|---|
| March 22, 2018 | Release of ITN No. 187332DG |
| April 5, 2018 | Written questions due in the Department of Procurement Services by 2:00 PM, local time |
| April 17, 2018 | Proposals due on or before 2:00 PM local time<br>Department of Procurement Services<br>2855 Colonial Blvd.<br>Fort Myers, Florida 33966-1012 |
| April 19, 2018 | Evaluation Committee reviews proposals |
| April 23-24, 2018 | Optional interviews, schedule at the District's discretion |
| June 2018 | School Board Action |

Dates and times are estimated and are subject to change. Notification of changes to the time schedule will be made to registered Proposers. Response to inquiries regarding the status of a proposal will not be made prior to the posting of award recommendation.

11. **Proposal Submittal - Information to be Included in the Proposal:** In order to maintain comparability and facilitate the review process, it is required that proposals be organized in the manner specified below. Include all information requested herein in the proposal. All responses to the ITN shall be submitted in an 8 ½" x 11", edge-bound format. Covers may be slightly larger. Sections shall be tabbed to correspond to the headings listed in this section. Contents shall be in conformance with requested criteria. Include one (1) original, manually signed

proposal, three (3) copies, and an electronic version on flash drive identical to the original. If the District provides Attachments to be completed by proposers, the Attachments shall be completed in a usable Word or Excel format. **An electronic copy, on flash drive, of the completed Attachment A in Excel Format shall be submitted with the proposal.** (e.g. with no locked cells; Adobe PDF is not acceptable.) <u>Failure to comply with proposal submittal requirements may be grounds for proposal rejection, in whole or in part.</u>

a. <u>**Title Page:**</u> Include ITN number, subject, the name of the proposer, address, telephone number and the date.

b. <u>**Table of Contents:**</u> Include a clear identification of the material by section and by page number.

c. <u>**Letter of Transmittal:**</u> Proposer shall include the following information in the letter of transmittal:
   i. Names of the persons who will be authorized to make representations for the proposer, their titles, addresses, email addresses and telephone numbers. Indicate if the Proposer is a firm or individual.
   ii. Indicate any and all variances from the ITN specifications, terms and/or conditions regardless of how slight. If no variations are stated, it shall be assumed that the proposed product or service fully complies with the specifications, terms and conditions of the ITN.
   iii. Current state Vendor's license.

d. <u>**Required Submittal Checklist:**</u> Proposer shall complete and submit the ITN Required Submittal Checklist coversheet (page 1 of the ITN) **with all required information completed and all signatures (blue** ink preferred on original) as specified. Any modifications or alterations to this form shall not be accepted and may cause proposal to be rejected.

f. <u>**Project Approach:**</u> Proposer shall describe the approach to be applied to implement the tasks defined in the Scope of Work herein.
   i. Describe how each task will be implemented.
   ii. Describe tools, techniques, knowledge, skills and abilities to be leveraged.
   iii. Describe measures of success for each task and deliverable.
   iv. Provide a draft project timeline.

g. <u>**Related Experience:**</u> Proposer shall describe experience providing services similar in size, scope and complexity to those requested in the ITN. Similar size shall be measured as a district with a population of more than 50,000 students. Similar scope shall include providing services in the following areas: advising K-12 districts in academic planning and instructional delivery; auditing curriculum for compliance with standards; observing classroom delivery for compliance with standards; providing formal recommendations to align curriculum and delivery with standards; and recommending or providing professional development for aligning instruction with standards. Describe lessons learned that shall be applied to the project implementation, and how their implementation shall benefit the District.

h. <u>**Account Representative/Manager and/or Key Personnel:**</u> Proposer shall identify and Account Representative/Manager or key personnel who shall be assigned to the District. Describe the experience of the individual(s) that demonstrate their knowledge, skills, and ability to support the District in achieving the stated goals and delivering quality work products. Include resume(s) for proposed key personnel.

12. <u>**Attachment A – Proposal Response Form (Pricing):**</u> Response Form accurately completed, each response verified, and ITN signed. Provide ITN response form in a usable Microsoft Excel format on flash drive. Prices should be quoted as two separate costs; the current market cost and a firm fixed fee for service. These prices combined will equal the sell price of the item.

a. <u>**Open Market Costs:**</u> Cost quoted for each item must be based on the lowest cost available during the time of **March 19, 2018 thru March 23, 2018** commensurate with the District's Food and Nutrition Department standards of quality. The District requires all documentation available to substantiate the market cost entered on the ITN Response Form (Attachment A, Column F, market cost) submitted. For produce items grown and

distributed by the awarded vendor, pricing validation to the District cannot be determined utilizing invoice cost to the awarded vendor. For items grown and distributed by the awarded vendor the USDA Agricultural Marketing Service, Miami Terminal wholesale market price spreads for Florida grown items will be utilized as the vendor cost whenever requested. The delivered price (less the fixed delivery fee) to the District should not exceed the highest wholesale cost listed on the Terminal report for the date range in question. **All documentation shall be included with the ITN response and labeled as "Market Cost, Week of March 19, 2018 thru March 23, 2018. Note: Post award; this price is subject to change as noted in Scope of Work Section 27.5.**

   b. <u>**Fixed Fees for Service:**</u> Proposed fixed fees that the awarded Vendor will be paid for purchasing, storing, and delivering food products, as well as all other indirect and overhead costs, including profit. Note: Post award, this fee shall remain unchanged; including renewals and extensions.

13. <u>**Attachment B – Reference Form:**</u> Proposer shall submit a minimum of three (3) references for commercial/institutional customers for whom the Proposer has the ITN requested services performed the ITN requested services within the last five (5) years. References that show experience with K-12 organizations are preferred.

14. <u>**Attachment C – Insurance Requirements Form:**</u>  Proposer shall respond to the District insurance requirements.

15. <u>**Attachment D – Addenda Acknowledgement Form:**</u> Proposer shall complete form with all required information and all signatures as specified. The enclosed Addenda Acknowledgement Form must be signed and returned in order for the proposal to be considered.

16. <u>**Attachment E – Debarment Form:**</u> Certification regarding debarment, suspension, ineligibility and voluntary exclusion – lower tier covered transactions.

17. <u>**Attachment F – Drug Free Workplace Certification:**</u> Proposer shall complete form with all required information and all signatures as specified. The enclosed for Drug Free Workplace Form must be signed and returned.

18. <u>**Attachment G – Public Entity Crimes Form:**</u> Sworn statement under section 287.133(3), (a), Florida Statutes, Public Entity Crimes, **signed and notarized**.

19. <u>**Attachment H – Bidders Statement of Principal Place of Business and Opinion of Out-Of-State Bidders' Attorneys on Bidding Preferences**</u>

20. <u>**Attachment I – Corporate Overview, Experience and Key Personnel:**</u>
   - Company location(s); in business since; operated under other names; any company litigations or regulatory actions filed against; type of licenses)
   - List the names of personnel who currently hold a Universal Vendor Badge for Florida School Districts, or who hold current District contractor badges.
   - In Operation since (provide date)
   - Operated under any other names.
   - Any litigation or regulatory action in past 3 years.
   - Corporate Experience:  (list projects similar in size, scope and complexity to those in the ITN)
   - Key Personnel:  (Key personnel identified who shall be assigned to the District

21. <u>**Attachment J – Proposal Mailing Label:**</u> Accurately completed and adhered to sealed proposal.

22. <u>**State of Florida Business License – Proposers:**</u> shall hold a current state Vendor's license. A copy of the license shall be submitted with the proposal.

23. **Refrigerated Vehicle Equipment List:** Proposer shall provide a listing of vehicles per Detailed Specifications Section 9.

24. **Recall Procedure:** A one-page summary of Vendor's recall policy and procedure per Scope of Work Section 27.7 (Food and Safety Recalls).

25. **Invoices:** Provide a copy of invoices from your suppliers for period **March 19, 2018 thru March 23, 2018**. Acceptable documentation shall include invoices or written quotations provided from the vendor's produce supplier per Scope of Work Section 27.

26. **Sample Wholesale Cost:** For produce items grown and distributed by the awarded vendor, pricing validation to the District cannot be determined utilizing invoice cost to the awarded vendor. For items grown and distributed by the awarded vendor the USDA Agricultural Marketing Service, Miami Terminal wholesale market price spreads for Florida grown items will be utilized as the vendor cost whenever requested. The delivered price (less the fixed delivery fee) to the District should not exceed the highest wholesale cost listed on the Terminal report for the date range in question. Prices for the USDA wholesale market price reports for the Miami Terminal are available via the following web site link: https://www.marketnews.usda.gov/mnp/fv-home

27. **Statement of Guarantee:** All proposers must state guarantee/warranty policy on items purchased under this contract.

28. **Evaluation of Proposals – Evaluation Criteria:** Proposals shall be scored using the following evaluation criteria.

| EVALUATION CRITERIA | MAXIMUM POINTS |
|---|---|
| Price | 25 |
| Project Approach | 25 |
| Related Experience | 20 |
| References | 18 |
| Submittal (completeness, correctness, and clarity) | 12 |
| **TOTAL POSSIBLE POINTS** | **100** |

Based on the scores Proposers will be ranked and one or more Proposers may be selected to commence negotiations. The District reserves the right to create, and select proposers from a "short list" in order to enter into final contract negotiations with one or more Proposers, with the intent of awarding a contract and producing terms and conditions to reflect the outcome of the negotiations. Proposers are cautioned to present their best offer with their proposal as the District may select a proposal for award without further negotiation. The following criteria will be used to evaluate presentations and/or interviews of one or more "short listed" Proposers.

| EVALUATION CRITERIA | MAXIMUM POINTS |
|---|---|
| Best and Final Offer (if applicable) | 40 |
| Best Value to the District | 35 |
| Presentation | 25 |
| **TOTAL POSSIBLE POINTS** | **100** |

29. **Scope of Work**

Project scope is to secure current market prices and fixed fee prices for fresh produce items required for the School District of Lee County, Florida (the District) Food and Nutrition Services breakfasts, lunch and summer programs.

Items to be purchased are categorized as follows:
- **OPEN MARKET COST; and**
- **FIXED FEES FOR SERVICE**

**Proposers must bid on both of the categories to be considered for award**. It is anticipated that this proposal will be awarded in its entirety to the best, responsive and responsible proposer for categories 1 and 2, inclusive, meeting all specifications. Prices should be quoted as two separate costs; the current market cost and a firm fixed fee for service. These prices combined will equal the sell price of the item. Market prices released the week of **March 19, 2018 thru March 23, 2018**, shall be used for bidding purposes. Proof in the form of invoices from your suppliers, if applicable, to substantiate the market cost entered on the Proposal Response Form (Attachment A, Column F, market cost) submitted. This documentation shall be submitted with the proposal response and labeled as "Market Cost, Week of **March 19, 2018 thru March 23, 2018**.

For produce items grown and distributed by the awarded vendor, pricing validation to the District cannot be determined utilizing invoice cost to the awarded vendor. For items grown and distributed by the awarded vendor the USDA Agricultural Marketing Service, Miami Terminal wholesale market price spreads for Florida grown items will be utilized as the vendor cost whenever requested. The delivered price (less the fixed delivery fee) to the District should not exceed the highest wholesale cost listed on the Terminal report for the date range in question. Market prices released the week of **March 19, 2018 thru March 23, 2018**, shall be used for bidding purposes. Prices for the USDA wholesale market price reports for the Miami Terminal are available via the following web site link:  https://www.marketnews.usda.gov/mnp/fv-home

- **Delivery Requirements:** Deliveries are to be F. O. B. destination, inside delivered and are to be placed in designated areas as specified by Food and Nutrition Services personnel to the locations specified in Exhibit 1, School District of Lee County Delivery Locations. All produce must be delivered fresh, clean, at the appropriate temperature, and in sanitary condition. All products and deliveries shall be the State Board of Health and Lee County Health Department rules and regulations.

  Deliveries shall be made weekly and between the hours of 6:00 a.m. and 12:00 p.m., unless approved in writing by the Food and Nutrition Services Department designee. The awarded vendor shall deliver fresh produce to all schools listed on Exhibit 1, some of which may require multiple deliveries within a given week as necessary. Deliveries will be made in a temperature controlled truck to protect the quality and food safety of the product. Temperatures shall be recorded per Food Safety Plan (HACCP) guidelines upon delivery. In the event that schools are closed on a scheduled delivery day, it shall be required that the delivery be rescheduled for the business day immediately preceding or immediately following the regular delivery day. Suggested delivery schedule shall be submitted by the awarded vendor to the Food and Nutrition Services Department designee for approval no later than two weeks prior to the first delivery and remain constant throughout the contract term. Vendor shall be notified by Food and Nutrition Services designee in advance of school off-days so that arrangements can be made to reschedule those specific locations. Any changes to the weekly delivery schedule will require 30 day notice and written approval from the Food and Nutrition Services designee. With reference to the Terms and Conditions, Section 24.d; requirement does not apply to Fresh Produce deliveries.

- **Accuracy:** The awarded vendor is expected to make deliveries, at a minimum error free level of 99 %. This includes all line items and pertains to the accuracy and acceptability of order units. If an item is omitted from an order or is delivered in unacceptable condition, replacement product shall be delivered within 24 hours or as determined by the Food and Nutrition Services Department.

- **Orders:** All orders will be placed directly to the Vendor by the District and/or other authorized personnel via a blanket purchase order. No stipulation will be accepted for minimum or maximum orders. During the course of the ITN period the District may purchase approximately 100 different produce items, some of which are purchased in large volume while others are occasionally purchased. After award, the Food and Nutrition Services Department designee will provide the awarded Vendor with a pre-approved list of items, from which items can be ordered by the District's school cafeterias. The Food and Nutrition Services Department will also provide the awarded Vendor with cycle menus which will indicate, in advance, the produce items required for that time period. The Food and Nutrition Services Department may purchase produce as listed on the Proposal Response Form, Attachment A, and require the option to add or delete items as deemed to be in the best interest of the District. All orders are to be placed directly with the awarded vendor by phone, fax, or online. There shall be no stipulation of minimum order values or quantities. Orders may also be placed by direct contact with the awarded vendor's agent in such a manner that is mutually agreed upon between both parties.

- **Price Adjustments:** During the contract term, the open market cost may fluctuate based on current conditions, seasonal supply and weather. Items that increase or decrease in price will be reviewed by the awarded vendor and the Food and Nutrition Services Department designee on a pre-determined, weekly schedule as agreed between both parties. The pre-approved item list will become the District's order form utilized by all District schools.

  29..1  **Market Fluctuations:** Weekly pricing updates for the District shall be submitted to the designated Food and Nutrition Services representative by 12 noon each Thursday for the following week's deliveries (Monday – Friday). Price submitted on the order form should include the fixed fees for service. Proof of market costs shall be required for the duration of the contract. To validate weekly pricing the District can request documentation on any or all items listed on the order form. The awarded vendor must be able to provide, if requested, sufficient documentation to substantiate the product cost for the specified week. The acceptable documentation shall include invoices or written quotations provided from the vendor's produce supplier. The acceptable purchase date range for documentation can include the five calendar days prior to the first delivery day of the delivery week and up through the first two days of the delivery week in question For produce items grown and distributed by the awarded vendor, pricing validation to the District cannot be determined utilizing invoice cost to the awarded vendor. For items grown and distributed by the awarded vendor the USDA Agricultural Marketing Service, Miami Terminal wholesale market price spreads for Florida grown items will be utilized as the vendor cost whenever requested. The delivered price (less the fixed delivery fee) to the District should not exceed the highest wholesale cost listed on the Terminal report for the date range in question. (Example: For the week of May 10, documentation can be provided dated from April 29 – May 7). Requested documentation must be provided to the District electronically within 5 business days of the request.

  29..2  **Fixed Fees:** The term "fixed fees for service" is used in this ITN to indicate the amount a vendor will be paid for purchasing, storing and delivering food products, as well as other indirect and overhead costs, including profit. Fixed fees shall remain firm for the duration of the bid including renewals and extensions. A fixed fee shall be quoted for unbroken full cartons purchased and delivered to District locations and a separate fee shall be quoted for broken cartons purchased and delivered to District locations. The unbroken full carton fee will be added to the full carton product cost to determine the sell price to the District. The broken carton fee will be added to the product cost of partial case quantities to determine the sell price to the District.

    29..2.1  **Partial Case Quantities:** The District has requested both full and partial cases of certain products on this bid. As the District cost will be based on market prices for full case quantities the pricing of partial (broken cases) shall be prorated in accordance with the broken size of the original wholesale unit.

*Example 1*: If the market price of a full case of product is $10, the District would be charged $5.00 for a half case, plus the broken case fee.

*Example 2*: If the product is normally sold as a full unit with a specific weight listed (potatoes, 50 lb) and the market price is 50 LBS for $20.00, the District should be charged partial units based on the per pound weight at $0.40 per pound plus the broken case fee.

- **Substitutions and Credits:** Each item that is delivered must meet the minimum produce specifications and be the price and pack size that was proposed upon and is listed on the pre-approved list provided from the Food and Nutrition Services Department. Changes in pack size only, due to availability, are permissible; however, the change should be approved by the Food and Nutrition Services Department prior to delivery. If the awarded Vendor is temporarily out-of-stock of a particular item, an equal or superior product must be delivered at an equal or lesser price with approval from the Food and Nutrition Services Department designee. All outages or substitutions must be communicated with the Food and Nutrition Services Department designee no later than 24 hours prior to delivery. Any substitutions made without prior authorization will be refused. Refused items shall be promptly removed by the Vendor at no cost to the District. An excessive occurrence of out-of-stock items or substitutions may be cause for contract termination. The District reserves the right to make brand or product changes, at any time during the contract period, to address issues resulting from, but not limited to, performance, quality or product deficiencies.

  Awarded Vendor shall agree to accept, for full credit, the return of any items received which is found by the Food and Nutrition personnel to be defective in quality or packaging so as to render the item unusable for its intended purpose. For products found to be defective within 5 days of delivery, a credit or replacement shall also be issued within 24 hours of notice. Credit memos shall reference the original invoice number and be issued within seven business days of the initial request.

- **Food and Safety Recalls:** Ensuring the safety of the food supply is critical to the District. Manufacturers, distributors, and importers are expected to comply with all federal, state and local laws and regulations and will be held liable if they do not. Recalls are an effective method of removing or correcting consumer products that are in violation of laws administered by the Food and Drug Administration. Vendors shall have a process in place to effectively respond to a food recall which should include the following objectives:
  a. Provide accurate and timely communication to the Food and Nutrition Services Department regarding any food recall.
  b. Ensure that unsafe products are removed from school sites in an expedient, effective and efficient manner.
  c. Streamline the process for reimbursement for any recalled product that is removed from the District locations. Credits should be issued within 5 business days of product removal.
  d. A one-page summary of Vendor's recall policy and procedure shall be submitted with ITN response.

- **Reporting:** Awarded vendor must provide weekly price reports in accordance with the Food and Nutrition Services Department requirements. Vendor must maintain and provide accurate perpetual utilization reports by line item, purchasing units, selling prices, and delivery locations as well as for the District lump sum. Utilization data must be maintained so the Vendor can report the number of units delivered, at a specific selling price, for a specific delivery week in the event of erroneous pricing.

  **Utilization** reports must show data by purchasing unit (case, pound, etc.), as well as by dollars and submitted on a monthly basis. Utilization reports shall be submitted within 15 calendar days after the end of the month or as requested by the Food and Nutrition Services Department.

- **Farm to School:** Farm-to-School is defined as collaborative projects that connect schools and local farms to serve locally grown, healthy foods in the K-12 school setting, improving student nutrition, educating students about food and health and supporting local and regional farmers.

  Locally grown produce shall be identified and featured on the menu as often as economically and seasonally feasible. The Food and Nutrition Services Department participates in the Farm-to-School program to encourage consumption of locally grown produce, enhance the freshness and nutritional value of the produce, decrease the transport time (food miles), decrease fuel costs, and to support the local economy. Locally grown produce is defined as "seasonal produce grown in the State of Florida." The awarded vendor is encouraged to purchase Florida grown products as often as feasible. The awarded vendor is also encouraged to purchase products utilizing the USDA Farm-to-School state and regional ITNs whenever possible. The awarded vendor is to assure that Good Agricultural Practice (GAP) letters are available and on file from all farmers and suppliers utilized. The following information is also required to be on file and available for inspection upon request.

  a. The implementation of food safety/HACCP programs;
  b. Third party audit inspections are completed per safe industry standards;
  c. Fertilization and pest control schedules and products are recorded and maintained by specific growing field;
  d. Hold Harmless Agreement; and
  e. Certificate of Insurance.

- **Fresh Fruit and Vegetable Program (FFVP):** It is anticipated that some Lee County elementary schools will be awarded the USDA Fresh Fruit and Vegetable Grant Program (FFVP) for each school year ITN is enforce. If funding becomes available this number of schools could be expanded to include all 49 elementary school locations. These schools will have a fresh fruit or vegetable snack for every child, possibly every school day.

  Special consideration will need to be made for increased delivery schedules for these Fresh Fruits and Vegetable program schools. It is anticipated that two to three deliveries per week will be required dependent on volume.

  An increased variety of products will be necessary to introduce children to healthier options. Suggestions and recommendations from the awarded vendor on in-season, "less common", domestic produce with competitive pricing will be necessary. Carombola (star fruit), blueberries, jicama, bok choy, cherries, avocado, pineapple and grapefruit are examples of products that will be purchased for this program along with the more traditional items.

  Produce that is individually packaged, single-serve or ready to eat will be utilized in the FFVP program due to time constraints and to avoid loss of instructional classroom time and labor restrictions, when financially feasible to do so.

- **"Buy American" Provision:** As a participating sponsor in the USDA's National School Lunch and Breakfast Programs, the School District of Lee County must adhere to the "Buy American" provision of the Child Nutrition Reauthorization Act. The provision requires School District's to purchase, at the maximum extent practicable, domestic food products that are produced in the United States of America. The Legislature defines "Domestic commodity or products" as ones that are produced in the United Sates or processed in the United States substantially using agriculture commodities that are produced in the United States. Substantially is defined as a minimum of 51% of the final processed food comes from American produced products.

**EXHIBIT 1 – SCHOOL DISTRICT OF LEE COUNTY DELIVERY LOCATIONS**

| | | |
|---|---|---|
| Adult and Career Education<br>2855 Colonial Blvd<br>Fort Myers, FL 33966 | Allen Park Elementary<br>3345 Canelo Drive<br>Fort Myers, FL 33901 | Bayshore Elementary<br>17050 Williams Road<br>North Fort Myers, FL 33917 |
| Bonita Springs Elementary<br>10701 Dean Street S. E.<br>Bonita Springs, FL 34135 | Bonita Springs Middle Center<br>for the Arts<br>10141 West Terry Street<br>Bonita Springs, FL 34135 | Buckingham Exceptional<br>Center<br>3291 Buckingham Road<br>Fort Myers, FL 33905 |
| Caloosa Elementary<br>620 South Del Prado Blvd<br>Cape Coral, FL 33990 | Caloosa Middle<br>610 South Del Prado Blvd<br>Cape Coral, FL 33990 | Cape Coral High<br>2300 Santa Barbra Blvd<br>Cape Coral, FL 33991 |
| Cape Coral Technical College<br>360 Santa Barbara Blvd.<br>Cape Coral, FL 33993 | Cape Elementary<br>4519 Vincennes Blvd<br>Cape Coral, FL 33904 | Challenger Middle<br>624 Trafalgar Parkway<br>Cape Coral, FL 33991 |
| Colonial Elementary<br>3800 Schoolhouse Road East<br>Fort Myers, FL 33916 | Cypress Lake High<br>6750 Panther Lane<br>Fort Myers, FL 33919 | Cypress Lake Middle<br>8901 Cypress Lake Drive<br>Fort Myers, FL 33919 |
| Diplomat Elementary<br>1115 N.E. 16th Terrace<br>Cape Coral, FL 33909 | Diplomat Middle<br>1039 N.E. 16th Terrace<br>Cape Coral, FL 33909 | Dr. Carrie D. Robinson<br>Littleton Elementary<br>700 Hutto Road<br>N. Fort Myers, FL 33903 |
| Dunbar Community School<br>1857 High Street<br>Fort Myers, FL 33916 | Dunbar High<br>3800 E. Edison Avenue<br>Fort Myers, FL 33916 | Early Childhood Learning<br>Services<br>3650 Michigan Ave., Suite 4<br>Fort Myers, FL 33916 |
| East Lee County High<br>715 Thomas Sherwin Avenue<br>Lehigh Acres, FL 33974 | Edgewood Elementary<br>3464 Edgewood Avenue<br>Fort Myers, FL 33916 | Edison Park Creative and<br>Expressive Arts School<br>2401 Euclid Avenue<br>Fort Myers, FL 33901 |
| Estero High<br>21900 River Ranch Road<br>Estero, 33928 | Fort Myers Beach Elementary<br>2751 Oak Street<br>Fort Myers Beach, FL 33931 | Fort Myers High<br>2635 Cortez Blvd.<br>Fort Myers, FL 33901 |
| Fort Myers Technical College<br>3800 Michigan Avenue<br>Fort Myers, FL 33916 | Fort Myers Middle Academy<br>3050 Central Avenue<br>Fort Myers, FL 33901 | Franklin Park Elementary<br>2323 Ford Street<br>Fort Myers, FL 33916 |
| G. Weaver Hipps Elementary<br>1200 Homestead Rd. N.<br>Lehigh Acres, FL 33936 | Gateway Elementary<br>13280 Griffin Drive<br>Fort Myers, FL 33913 | Gulf Elementary<br>3400 S.W. 17th Place<br>Cape Coral, FL 33914 |
| Gulf Middle<br>1809 S.W. 36th Terrace<br>Cape Coral, FL 33614 | Hancock Creek Elementary<br>1601 Skyline Drive<br>N. Fort Myers, FL 33903 | Harns Marsh Elementary<br>1800 Unice Avenue N.<br>Lehigh Acres, FL 33971 |
| Harns Marsh Middle<br>1820 Unice Avenue N.<br>Lehigh Acres, FL 33971 | Hector A. Cafferata, Jr. Elem.<br>250 Santa Barbara Blvd.<br>Cape Coral, FL 33993 | Heights Elementary<br>15200 Alexandria Court<br>Fort Myers, FL 33908 |
| Ida S. Baker High<br>3500 Agualinda Blvd | Island Coast High<br>2125 De Navarra Pkwy | J. Colin English Elementary<br>120 Pine Island Road |

| | | |
|---|---|---|
| Cape Coral, FL 33914 | Cape Coral, FL 33909 | North Fort Myers, FL 33903 |
| James Stephens Int'l Academy<br>1333 Marsh Avenue<br>Fort Myers, FL 33905 | Lehigh Acres Middle<br>104 Arthur Ave<br>Lehigh Acres, FL 33936 | Lehigh Elementary<br>200 Schoolside Drive<br>Lehigh Acres, FL 33936 |
| Lehigh Senior High<br>901 Gunnery Road<br>Lehigh Acres, FL 33971 | Lexington Middle<br>16351 Summerlin Road<br>Fort Myers, FL 33908 | Manatee Elementary<br>5301 Tice Street<br>Fort Myers, FL 33905 |
| Mariner High<br>701 Chiquita Blvd<br>Cape Coral, FL 33993 | Mariner Middle<br>425 Chiquita Blvd<br>Cape Coral, FL 33993 | Mirror Lakes Elementary<br>525 Charwood Avenue S.<br>Lehigh Acres, FL 33936 |
| North Fort Myers Academy for the Arts<br>1856 Arts Way<br>N. Ft. Myers, FL 33917 | North Fort Myers High<br>5000 Orange Grove Road<br>N. Ft. Myers, FL 33903 | Oak Hammock Middle<br>5321 Tice Street<br>Fort Myers, FL 33905 |
| Orange River Elementary<br>4501 Underwood Drive<br>Fort Myers, FL 33905 | Orangewood Elementary<br>4001 De Leon Street<br>Fort Myers, FL 33901 | Patriot Elementary<br>711 S.W. 18th Street<br>Cape Coral, FL 33991 |
| Paul Laurence Dunbar Middle<br>4750 Winkler Ave. Ext.<br>Fort Myers, FL 33966 | Pelican Elementary<br>3525 S.W. 3rd Ave.<br>Cape Coral, FL 33914 | Pine Island Elementary<br>5360 Ridgewood Drive<br>Bokeelia, FL 33922 |
| Pinewoods Elementary<br>11900 Stoneybrook Golf Drive<br>Estero, FL 33928 | Ray V. Pottorf Elementary<br>4600 Challenger Blvd<br>Fort Myers, FL 33912 | Rayma C. Page Elementary<br>17000 S. Tamiami Trail<br>Fort Myers, FL 33908 |
| Riverdale High<br>2600 Buckingham Road<br>Fort Myers, FL 33905 | River Hall Elementary<br>2800 River Hall Parkway<br>Alva, FL 33920 | Royal Palm Exceptional Center<br>3050 Indian Street<br>Fort Myers, FL 33916 |
| San Carlos Park Elementary<br>17282 Lee Road<br>Fort Myers, 33967 | Skyline Elementary<br>620 S.W. 19th Street<br>Cape Coral, FL 33991 | South Fort Myers High<br>14020 Plantation Road<br>Fort Myers, FL 33912 |
| Spring Creek Elementary<br>25571 Elementary Way<br>Bonita Springs, FL 34135 | Sunshine Elementary<br>601 Sara Avenue<br>Lehigh Acres, FL 33971 | Support Services Annex<br>3308 Canal Street<br>Fort Myers, FL 33916 |
| Tanglewood  Elementary<br>1620 Manchester Blvd<br>Fort Myers, FL 33919 | The Alva School<br>17500 Church Avenue<br>Alva, FL 33920 | The Sanibel School<br>3840 Sanibel-Captiva Road<br>Sanibel, FL 33957 |
| Three Oaks Elementary<br>19600 Cypress View Drive<br>Fort Myers, FL 33967 | Three Oaks Middle<br>18500 Three Oaks Pkwy.<br>Fort Myers, FL 33912 | Tice Elementary<br>4524 Tice Street<br>Fort Myers, FL 33905 |
| Tortuga Preserve Elementary<br>1711 Gunnery Road N.<br>Lehigh Acres, FL  33971 | Trafalgar Elementary<br>1850 S.W. 20th Avenue<br>Cape Coral, FL 33991 | Trafalgar Middle<br>2120 Trafalgar Pkwy<br>Cape Coral, FL 33991 |
| Treeline Elementary<br>10900 Treeline Avenue<br>Fort Myers, FL 33913 | Tropic Isles Elementary<br>5145 Orange Grove Blvd.<br>North Fort Myers, FL 33903 | Varsity Lakes Middle<br>801 Gunnery Road<br>Lehigh Acres, FL 33971 |
| Veterans Park Academy for the Arts<br>49 Homestead Road S.<br>Lehigh Acres, FL 33936 | Villas Elementary<br>8385 Beacon Blvd.<br>Fort Myers, FL 33907 | Lee County Public Education Center<br>2855 Colonial Blvd.<br>Fort Myers, FL 33966 |

| District Warehouse Operations<br>3308 Canal Street<br>Fort Myers, FL 33916-6594 | Vince Smith Center<br>2450 Prince Street<br>Fort Myers, FL 33916 | Lee Adolescent Mothers Program (LAMP)<br>3650 Michigan Ave. Suite 2<br>Fort Myers, FL 33916 |
| --- | --- | --- |
| Student Assignment<br>Lehigh Acres Office<br>1262 Wings Way Suite 207<br>Lehigh Acres, FL 33936 | SW Florida Public Service Academy<br>4312 Michigan Avenue<br>Fort Myers, FL 33905 | Transportation Central<br>3234 Canal Street<br>Fort Myers, FL 33916 |
| Transportation East<br>3291 Buckingham Road<br>Fort Myers, FL 33905 | Transportation Leonard<br>301 Leonard Blvd.<br>Lehigh Acres, FL 33971 | Transportation South<br>14701 Ben C. Pratt<br>Six Mile Cypress Parkway<br>Fort Myers, FL 33912 |
| Transportation West<br>450 N.W. 14th Avenue<br>Cape Coral, FL 33909 | PACE Center for Girls of Lee County<br>3800 Evans Avenue<br>Fort Myers, FL 33901 | AMI Kids Southwest Florida<br>1190 Main Street<br>Fort Myers, FL 33931 |
| SW Florida Detention Center<br>2525 Ortiz Avenue<br>Fort Myers, FL 33906 | Success Academy<br>3650 Michigan Avenue<br>Fort Myers, FL 33916 | Bonita Springs High School<br>25592 Imperial Parkway<br>Bonita Springs, FL 34135 |

### Lee County Charter Schools:  Updated October 2016

| Acceleration Middle School<br>3365 Seminole Avenue<br>Fort Myers, FL 33916-1429 | Bonita Springs Charter School<br>25380 Bernwood Drive<br>Bonita Springs, FL 34135 | Cape Coral Charter School<br>76 Mid Cape Terrace<br>Cape Coral, FL 33990 |
| --- | --- | --- |
| Edison Collegiate High School<br>8099 College Parkway<br>Fort Myers, FL 33919 | Christa McAuliffe Charter Elementary<br>2817 SW 3rd Lane<br>Cape Coral, FL 33991 | City of Palms Charter High<br>2830 Winkler Avenue, Ste. 201<br>Fort Myers, FL 33916 |
| Coronado High School<br>3057 Cleveland Avenue<br>Fort Myers, FL 33901 | Donna J. Beasley Technical Academy<br>13830 Jetport Commerce Parkway, Suite No. 6<br>Fort Myers, FL 33913-7726 | Florida SouthWestern Collegiate High School-Lee<br>8099 College Parkway<br>Fort Myers, FL 33919-5566 |
| Gateway Charter Elementary<br>12850 Commonwealth Drive<br>Fort Myers, FL 33913 | Gateway Charter Intermediate<br>12770 Gateway Boulevard<br>Fort Myers, FL 33913-8654 | Gateway Charter High<br>12770 Gateway Blvd<br>Fort Myers, FL 33913 |
| Goodwill LIFE Academy<br>5100 Tice Street, Suite D<br>Fort Myers, FL 33905-5203 | Harlem Heights Community Charter<br>15570 Hagie Drive<br>Fort Myers, FL 33908 | Island Park High School<br>16520 S. Tamiami Trail, Suite 190Fort Myers, FL 33908-5349 |
| The Island School<br>P.O. Box 1090 135 1st Street W.<br>Boca Grande, FL 33921-1090 | North Nicholas High School<br>428 SW Pine Island Road<br>Cape Coral, FL 33991-1916 | Northern Palms Charter High<br>13251 North Cleveland Avenue<br>North Fort Myers, FL 33903 |
| Oak Creek Charter School of Bonita Springs<br>28011 Performance Lane<br>Bonita Springs, FL 34135 | Oasis Charter Elementary<br>3415 Oasis Blvd,<br>Cape Coral, FL 33914 | Oasis Charter Middle School<br>3507 Oasis Blvd.<br>Cape Coral, FL 33914 |
| Oasis Charter High School<br>3519 Oasis Blvd.<br>Cape Coral, FL 33914 | Palm Acres Charter High School<br>507 Sunshine Boulevard North<br>Lehigh Acres, FL 33971 | Pivot Charter School<br>2675 Winkler Ave. Extension Suite 200<br>Fort Myers, FL 33901 |

| Six Mile Charter Academy | Unity Charter School of Cape | Unity Charter School of Fort |
|---|---|---|
| 6851 Lancer Avenue | Coral | Myers |
| Fort Myers, FL 33912 | 2107 Santa Barbara Boulevard | 4740 South Cleveland Avenue |
| | Cape Coral, FL 33991 | Fort Myers, FL 33907-1311 |

ATTACHMENT A – PROPOSAL RESPONSE FORM

THE SCHOOL DISTRICT OF LEE COUNTY, FLORIDA
DEPARTMENT OF PROCUREMENT SERVICES
ITN No. N187732DG
FRESH PRODUCE

DATE SUBMITTED:   04/13/2018

PROPOSER NAME:  Oakes Farms Food & Distribution Services, LLC.

TO:      The School District of Lee County Fort Myers, Florida

**In addition to pricing, provide information required in response to Detailed Specification Section 12.**

Having carefully examined the "General Conditions", and the "Detailed Specifications", all of which are contained herein, the Undersigned proposes to furnish the following which meet the specifications:

| ITEM NO. | DESCRIPTION | Estimated Usage | Variety/ Brand | How Packed | Market cost (Week of March 19 - 23, 2018) |
|---|---|---|---|---|---|
| 1. | Apple Slices:  US No. 1, individually packaged, 100/2oz packages/carton | 12000 | Fresh Sense | 100/2OZ | $20.81 |
| 2. | Apples, Golden wash, 125 count | | Rainier | 125CT | $26.75 |
| 3. | Apples, Granny Smith, U.S. No. 1, 125 count | 1200 | Rainier | 125CT | $26.75 |
| 4. | Apples: Red Delicious, Braeburn, Fuji and/or Gala: 125 count, Washington/Oregon, U.S. Extra Fancy Grade or higher.  40 pounds/carton. | 3000 | Rainier | 125CT | $24.75 |
| 5. | Apples: Red Delicious: 125 count, Eastern, U.S. Extra Fancy Grade or higher.  40 pounds/carton. | 800 | Rainier | 125CT | $20.75 |
| 6. | Asparagus, size "standard", 11/ 1 lb. per carton | | Southern Specialties | 11# | $21.00 |
| 7. | Asparagus, size "standard",  1 lb. per carton | | Southern Specialties | 1# | $1.90 |
| 8. | Avocado, Hass, 60 count  full case | | Del Monte | 60CT | $33.00 |
| 9. | Avocado, Hass, 60 count  half case | | Del Monte | 30CT | $16.50 |
| 10. | Avocado, Hass, 60 count  6 count only | | Del Monte | 6CT | $3.30 |
| 11. | Bananas, Small: 100-120 count, medium green color (#4) or green tip (#5) color or as ordered, first quality, 40 pounds/carton. | 7200 | Del Monte | 40# | $15.00 |

| 12. | Basil  3 bunch | | Herbal House | 3CT | $0.75 |
|---|---|---|---|---|---|
| 13. | Beans Green snipped 2x5 lb per carton | | Florida Specialties | 10# | $12.50 |
| 14. | Beans Sprouts 5 pounds | | Marjon | 5# | $8.10 |
| 15. | Blackberries,   12/ 6 oz. per case | | Southern Specialties | 12/6OZ | $16.00 |
| 16. | Blackberries,   3/ 6 oz.  Partial case | | Southern Specialties | $3/6OZ | $4.00 |
| 17. | Blueberries, U.S. No. 1, 12 / 6 oz per case | | Southern Specialties | 12/6OZ | $9.50 |
| 18. | Blueberries, U.S. No. 1, 3 / 6 oz partial case | | Southern Specialties | 3/6OZ | $2.37 |
| 19. | Broccoli, 14 Bunches, 22 pound/case | | Andy Boy | 14CT | $19.45 |
| 20. | Broccoli,  7 Bunches only | | Andy Boy | 7CT | $9.72 |
| 21. | Broccoli, 3 Bunches only | | Andy Boy | 3CT | $4.16 |
| 22. | Broccoli, Florets, U.S. No. 1, 3 pounds per carton, 4 cartons per case | | Taylor Farms | 4/3# | $19.45 |
| 23. | Broccoli Florets 100 / 2 oz. bags per carton | 1400 | Taylor Farms | 100/2OZ | $64.00 |
| 24. | Broccolini, 18 count | | Andy Boy | 18CT | $29.00 |
| 25. | Cabbage – Green, U.S. No. 1, 10 pounds | | Oakes Farms | 10# | $2.00 |
| 26. | Cabbage Slaw Mix, 4/5 pound per case | | Taylor Farms | 4/5# | $13.25 |
| 27. | Cabbage Slaw Mix, 5 pound | | Taylor Farms | 1/5# | $3.31 |
| 28. | Cantaloupe, small, cubed, ready to eat, U.S. No. 1, 2/5 pound cut in 1 inch cubes | | Classic Fruit | 2/5# | $34.75 |
| 29. | Cantaloupe, fresh cut 100 / 2 oz. bags per carton | 750 | Classic Fruit | 100/2OZ | $50.00 |
| 30. | Cantaloupe, U.S. No. 1, 12-18 count case | | Classic Fruit | 12CT | $11.95 |
| 31. | Cantaloupe, U.S. No. 1, 12-18 count (3 only) | | Classic Fruit | 3CT | $3.00 |
| 32. | Carambola (starfruit), box | | Southern Specialties | | $35.50 |
| 33. | Carrettes, 30/1 pound | | Grimway | 30/1# | $23.05 |
| 34. | Carrot Sticks, U.S. No. 1, 4/ 5 pound package per case | | Marjon | 4/5# | $27.75 |
| 35. | Carrot Sticks, U.S. No. 1,  5 pound package | | Marjon | 1/5# | $6.93 |
| 36. | Carrots, Baby, Peeled: U.S. No. 1 grade, individually packaged, 100/2oz packages/carton | 3500 | Grimway | 100/2OZ | $14.15 |
| 37. | Carrots, Julienne, US Fancy or Grade A, 5 pound bag | | | | Not Available |
| 38. | Cauliflower florets, 2/3 pound packages per carton | | Taylor Farms | 2/3# | $13.82 |

| | | | | |
|---|---|---|---|---|
| 39. | Cauliflower florets, 3 pounds | Taylor Farms | 1/3# | $6.91 |
| 40. | Cauliflower, U.S. No. 1, 12 count case | Taylor Farms | 12CT | $19.65 |
| 41. | Cauliflower, U.S. No. 1, 12 count (3 only) | Taylor Farms | 3CT | $4.91 |
| 42. | Celery Stalk, U.S. No. 1, 30-36 count case | T & A | 1CT | $1.63 |
| 43. | Celery Stalk, U.S. No. 1, 30-36 count ( 3 only) | T & A | 3CT | $2.25 |
| 44. | Celery Sticks, U.S. No. 1, 5 pound package | Marjon | 1/5# | $7.75 |
| 45. | Celery Sticks,  U.S. No. 1, 4/5 pound | Marjon | 4/5# | $31.00 |
| 46. | Celery, diced, 4/5 pound | Marjon | 4/5# | $29.00 |
| 47. | Celery, diced, 5 pounds | Marjon | 1/5# | $7.25 |
| 48. | Chives  3 each | Herbal House | 3CT | $1.12 |
| 49. | Cilantro 3 bunch | Herbal House | 3CT | $1.00 |
| 50. | Cherries, Bing 18 lbs/case | | | Not Available |
| 51. | Corn, shucked coblets, fresh cut, 96 count | | | Not Available |
| 52. | Cucumber, sliced s/o, fresh cut, 2/5 pound | Marjon | 2/5# | $27.50 |
| 53. | Cucumbers, sliced s/o, fresh cut, 5 pound | Marjon | 5# | $13.75 |
| 54. | Cucumbers sliced 100/ 2 oz bags per carton | Marjon | 100/2OZ | $33.00 |
| 55. | Cucumbers: U.S. No. 1 grade, medium firm, well shaped, even dark green color, uniform size. (6 only) | Oakes Farms | 6CT | $3.00 |
| 56. | Cucumbers: U.S. No. 1 grade, medium firm, well shaped, even dark green color, uniform size. 40 pounds per carton | Oakes Farms | 40# | $20.00 |
| 57. | Dill 1pound | Herbal House | 1# | $3.50 |
| 58. | Dill 3 bunch | Herbal House | 3CT | $0.87 |
| 59. | Eggs 15 dz large Pasturized only | Sunny Morning | 15DZ | $32.95 |
| 60. | Eggs 3 dz large Pasturized only | Sunny Morning | 3DZ | $6.59 |
| 61. | Eggplant US No.1- 25 pound case | Oakes Farms | 25# | $14.00 |
| 62. | Eggplant US No.1- 5 pound case | Oakes Farms | 5# | $2.80 |
| 63. | Garlic peeled  5 lbs | | | Did Not Buy |
| 64. | Grapefuit Red 28-32 count/case | | | Did Not Buy |
| 65. | Grapefuit Red 28-32 count (6 only) | | | Did Not Buy |
| 66. | Grapefruit Red fresh cut 100/2 oz. bags per carton | | | Did Not Buy |

| 67. | Grapes, Seedless - Red, U.S. No. 1 table or higher, 15 – 18 pound | | Dole | 18# | $24.00 |
|---|---|---|---|---|---|
| 68. | Grapes, Seedless - Red, U.S. No. 1 table or higher, 5 pounds | | Dole | 5# | $6.67 |
| 69. | Grapes seedless -Red 100 / 2 oz. bags per carton | | Marjon | 100/2OZ | $59.00 |
| 70. | Grapes, Seedless - Green, U.S. No. 1 table or higher, 15 – 18 pound | | Dole | 18# | $25.00 |
| 71. | Grapes, Seedless - Green, U.S. No. 1 table or higher, 5 pounds | | Dole | 5# | $6.94 |
| 72. | Grapes seedless -green 100 / 2 oz. bags per carton | 1200 | Marjon | 100/2OZ | $59.00 |
| 73. | Honeydew fruit, fresh cut, small cubed, 2/5 pound 1 inch cubes | | Classic Fruit | 2/5# | $33.00 |
| 74. | Honeydew fruit, U.S. No. 1, 5-9 count/carton | | Classic Fruit | 5CT | $9.95 |
| 75. | Honeydew fruit, U.S. No. 1,  (3 only) | | Classic Fruit | 3CT | $5.97 |
| 76. | Honeydew fruit, fresh cut, 100 / 2 oz. bags per carton | | Marjon | 100/2OZ | $53.00 |
| 77. | Jicama , fresh cut, 2/5 pound | | G.P.I | $2/5# | |
| 78. | Jicama, fresh, 10 pound | | G.P.I | 10# | $8.00 |
| 79. | Kale, Flowering, U.S. No. 1, Each | | T & A | 1CT | |
| 80. | Kiwi,  36 to 48 count flat | | G.P.I | 36CT | $10.00 |
| 81. | Lemons, U.S. No. 1, 200 count | | Sunkist | 165CT | $30.85 |
| 82. | Lemons, U.S. No. 1, 12 only | | Sunkist | 12CT | $1.85 |
| 83. | Lettuce Blend, Romaine, US No 1 Grade, minimally chopped, fresh cut, washed, rinsed, 4/5 Lb Bags | 4800 | Taylor Farms | 4/5# | $15.20 |
| 84. | Lettuce Blend, Romaine, US No 1 Grade, minimally chopped, fresh cut, washed, rinsed, 5 Lb Bag | | Taylor Farms | 5# | $3.80 |
| 85. | Lettuce Blend: Spring mix, Mesculin, US No 1 Grade, minimally chopped, fresh cut, washed, rinsed 3 Lb Bag | | Classic Salads | 3# | $4.15 |
| 86. | Lettuce, Iceberg Shredded, 1/8" cut, US No 1 Grade, washed, rinsed, 4/5 Lb Bags | | Taylor Farms | 4/5# | $13.15 |
| 87. | Lettuce, Iceberg Shredded, 1/8" cut, US No 1 Grade, washed, rinsed, 5 Lb Bag | | Taylor Farms | 5# | $3.28 |
| 88. | Lettuce, Romaine Chopped, minimally chopped US No1 Grade, washed rinsed, 6/2 Lb Bags | | Taylor Farms | 6/2# | $16.35 |

| | | | | |
|---|---|---|---|---|
| 89. | Lettuce, Romaine Chopped, minimally chopped US No1 Grade, washed rinsed, 2 Lb Bag | | Taylor Farms | 2# | $2.72 |
| 90. | Spinach for Salads, US No 1 grade, 4/ 2.5 Lb Bags | **1100** | Classic Salads | 4/2.5# | $9.75 |
| 91. | Spinach for Salads, US No 1 grade, 2.5 Lb Bag | | Classic Salads | 1/2.5# | $2.43 |
| 92. | Limes 12 only | | G.P.I | 12CT | $3.60 |
| 93. | Limes 175 count/case | | G.P.I | 175CT | $54.00 |
| 94. | Mango fruit, fresh cut, peeled, cubed 1", 2/5 pound | | Marjon | 2/5# | $63.00 |
| 95. | Mushrooms, sliced, 5 pound | | West Coast | 5# | $7.25 |
| 96. | Mushrooms, Whole, U.S. No. 1, 10 pound | | West Coast | 10# | $13.50 |
| 97. | Mushrooms, Whole, U.S. No. 1, (5 pounds only) | | West Coast | 5# | $6.75 |
| 98. | Nectarines. U.S. No. 1, 70 count | | | | Did Not Buy |
| 99. | Onions – Red, U.S. No. 1, 5 pound | | Kingston | 5# | $2.05 |
| 100. | Onions – Red, U.S. No. 1, 25 pound case | | Kingston | 25# | $10.25 |
| 101. | Onions – Yellow – Jumbo, U.S. No. 1, 5 pounds | | Kingston | 5# | $1.35 |
| 102. | Onions – Yellow – Jumbo, U.S. No. 1, 50 pound | | Kingston | 50# | $13.50 |
| 103. | Oranges, 113 count, California U.S. Choice, 40 pounds/carton. | **5000** | Sunkist | 113CT | $26.50 |
| 104. | Oranges, 125 count, Florida, U.S. Choice, 40 pounds/carton | **2000** | Classic Growers | 125CT | $16.20 |
| 105. | Papaya, whole- 10 lb case | | G.P.I | 10# | $9.75 |
| 106. | Papaya fruit, cubed 1", 2/5 pound | | | | Did Not Buy |
| 107. | Peaches, bulk, U.S. No. 1, 70 count | | | | Did Not Buy |
| 108. | Pears, 120-150 count, Northwest Summer, Fall or Winter types, U.S. No. 1 grade, 40 pounds/carton. | **1800** | Rainier | 120CT | $34.75 |
| 109. | Peas, snow, 10 lb/carton | | Southern Specialties | 10# | $9.00 |
| 110. | Peas snow, 1 lb only | | Southern Specialties | 1# | $0.90 |
| 111. | Peas sugar snap 10 lb case | | Southern Specialties | 10# | $10.00 |
| 112. | Peas sugar snap 1 lb only | | Southern Specialties | 1# | $1.00 |
| 113. | Peppers – Red, U.S. No. 1,    6 count | | Oakes Farms | 6CT | $3.00 |
| 114. | Peppers - Sweet Green, U.S. No. 1, 6 count | | Oakes Farms | 6CT | $1.60 |
| 115. | Peppers – Yellow, U.S. No. 1,  6 count | | Oakes Farms | 6CT | Did Not Buy |

| | | | | |
|---|---|---|---|---|
| 116. | Pineapple, gold, small cubed, fresh cut, 2/5 pound  1 inch cubes | | Marjon | 2/5# | $32.75 |
| 117. | Pineapple, gold, small cubed, fresh cut, 100 / 2 oz. bags per carton | | Marjon | 100/2OZ | $41.00 |
| 118. | Pineapple, golden ripe, 5/8 count per case | | Dole | 7CT | $10.00 |
| 119. | Pineapple, golden ripe, 5/8 count (1 only) | | Dole | 1CT | $1.42 |
| 120. | Plums, U.S. No. 1, 20 pound | | | | Did Not Buy |
| 121. | Potatoes – All Purpose, 5 pound bag | | Kingston | 5# | $1.50 |
| 122. | Potatoes – Baking, 120 count | | Kingston | 120CT | $15.00 |
| 123. | Potatoes – Baking, 60 count | | Kingston | 60CT | $16.25 |
| 124. | Potatoes – Red Bliss, 10 pound | | Troyer | 10# | $4.40 |
| 125. | Radishes, Cello, U.S. No. 1, 1 pound | | G.P.I | 1# | $0.85 |
| 126. | Raspberries, U.S. No. 1, 12 / 6 oz. flat | | Driscoll | 12/6OZ | $30.25 |
| 127. | Raspberries, U.S. No. 1,  3 / 6 oz. only | | Driscoll | 3/6OZ | $7.56 |
| 128. | Sprouts, bean, 5 pound | | Marjon | 5# | $8.10 |
| 129. | Squash- Butternut  5 lbs. | | Pexco | 5# | $2.25 |
| 130. | Squash – Yellow, U.S. No. 1, 5 pound | | Oakes Farms | 5# | $3.88 |
| 131. | Squash – Yellow, U.S. No. 1, 18 lb/case | | Oakes Farms | 18# | $14.00 |
| 132. | Squash – Zucchini, U.S. No. 1, 5 pound | | Oakes Farms | 5# | $2.77 |
| 133. | Squash – Zucchini, U.S. No. 1, 18 lb/case | | Oakes Farms | 18# | $10.00 |
| 134. | Strawberries, shell, 8/1 pound | | Driscoll | 8/1# | $10.90 |
| 135. | Strawberries, shell, 1 pound only | | Driscoll | 1# | $1.36 |
| 136. | Sweet Potatoes – Medium, U.S. No. 1, 40 pound/case | | Kingston | 40# | $24.00 |
| 137. | Sweet Potatoes – Medium, U.S. No. 1, 10 pounds | | Kingston | 10# | $6.00 |
| 138. | Tangerines, 120 count, Florida ONLY, U.S. Fancy, 38 pounds minimum per full carton. | | | | Did Not Buy |
| 139. | Tomatoes, Cherry: U.S. No. 1 Grade, shiny red skin and firm flesh. 12/1 PT packages/carton (3 PT only) | 1300 | Oakes Farms | 3CT | $2.98 |
| 140. | Tomatoes, grape, 12 / 1 Pint /case | 5000 | Oakes Farms | 12/1 | $9.95 |
| 141. | Tomatoes, grape, 12 / 1 Pint /case (3 PT only) | | Oakes Farms | 3CT | $2.48 |
| 142. | Tomatoes, Vine Ripened, Red, medium-firm: 5 X 6 count, U.S. No. 1 Grade, shiny red skin and firm flesh.  25 pounds per carton | | Oakes Farms | 25# | $15.95 |

| | | | | |
|---|---|---|---|---|
| 143. | Watermelon fruit, ,fresh cut  1 inch cubed, U.S. No. 1, 2/5 pound | | Marjon | 2/5# | $39.00 |
| 144. | Watermelon, U.S. No. 1, case of three 22-26 pounds | | Oakes Farms | 22# | $3.33 |
| 145. | Watermelon, U.S. No. 1, case of three 22-26 pounds (one only) | | Oakes Farms | 3CT | $9.99 |
| 146. | Alternate Product | | | | |
| 147. | Alternate Product | | | | |
| 148. | Alternate Product | | | | |
| 149. | Alternate Product | | | | |
| 150. | **FIXED FEE FOR SERVICE (FULL CARTONS)** | | | | $2.00 |
| 151. | **FIXED FEE FOR SERVICE (BROKEN CARTONS)** | | | | $2.00 |

Printed Name:   Anthony K. High _____


Signature of authorized vendor representative: _____


Date: ___04/13/2018_____

**ATTACHMENT B – EMAIL REFERENCE REQUEST FORM**

**ITN #187332DG – Fresh Produce**

**CLIENT TO COMPLETE AND RETURN VIA EMAIL TO THE SCHOOL DISTRICT OF LEE COUNTY**

**REQUESTING AGENCY:**        SCHOOL DISTRICT OF LEE COUNTY, FLORIDA

**PROPOSERS NAME:**        Oakes Farms Food & Distribution Services, LLC.

**CLIENT AGENCY/FIRM PROVIDING REFERENCE:** _____

**CLIENT's INDIVIDUAL NAME:** _____

**EMAIL ADDRESS:** _____    **PHONE:** _____

In response to Invitation to Negotiate #N187332DG Fresh Produce, the School District of Lee County requires interested Proposers to submit client references for a minimum of three (3) prior engagements for which the Proposer has served in this capacity.

**Instructions to Proposers:** Complete the Proposer Name and distribute this form to a minimum of three (3) clients and request the form be completed and returned in compliance with the Instructions to Client References. Proposer's **clients** shall email the completed Reference Form to DougGG@leeschools.net, and references shall only be accepted from the Proposers client's email address. Up to three (3) complete, on time references may earn the Proposer from zero (0) to five (5) points each during the evaluation process. Missing references will result in a score of zero (0) points each and may result in the Proposer being deemed non-responsive. References shall be *exclusive of the District*.

**Instructions to Client References:** Complete this reference questionnaire and return it no later than **April 14, 2018, 2:00PM EST**, via email, to DougGG@LeeSchools.net

1. Is the Proposer currently providing services for your organization or have they provided support for this service in the past 3 years?   Yes _____          No ____

   For what duration were the services provided?

2. What services were provided by the Proposer to the organization?
   _____

3. What was the size of the project/services? _____

4. Were the services provided as part of a performance based contract, or another type of contract?

   _____

5. Describe the performance requirements or measure of success, and the successful and less than successful services delivered.

   _____

6. Was the Proposer able to meet the stated goals? Describe the type and amount of savings realized as a result of the Proposer's services?

   _____

7.  Please rate the Proposers knowledge and expertise of the individual's assigned to the project.  (5 being excellent, 1 being unacceptable) _____

8.  Please list Proposers principle representatives involved in the project.  Please rate them individually.  Comment on the skills, knowledge, behaviors or other factors based on the rating.  (5 being excellent, 1 being unacceptable)

Name: _____   Rating:_____

Name: _____   Rating:_____

Name: _____   Rating:_____

Name: _____   Rating:_____

Name: _____   Rating:_____

Name: _____   Rating:_____

Comments: _____

_____

_____

_____

_____

9.  Please rate the dynamics/interaction between the Proposer's staff and the Client the staff. (5 being excellent, 1 being unacceptable) _____

10. Which aspect(s) of the Proposers services are <u>most</u> satisfied?

_____

_____

11. Which aspect(s) of the Proposers services are <u>least</u> satisfied?

_____

_____

12.  Please rate the satisfaction with the Proposers response time to questions and/or issues. (5 being excellent, 1 being unacceptable)

_____

13. Would you recommend the Proposers services again?

_____

_____

## ATTACHMENT C - INSURANCE REQUIREMENTS FORM

**The School Board of Lee County Florida**
**Insurance Requirements**

| INSURANCE TYPE | REQUIRED LIMITS |
|---|---|

_X_  1.  Workers' Compensation

Statutory Limits of Florida Statutes, Chapter 440 and all Federal Government Statutory Limits and Requirements. Policy must include Employers Liability with a limit of $500,000.00 each incident.

_X_  2.  Commercial General Liability (Occurrence Form) patterned after the 1995 I.S.O. form

Bodily Injury & Property Damage

$1,000,000.00     Single Limit Per Occurrence

_X_ 3.  Indemnification:  The Contractor/Vendor, in consideration of One Hundred Dollars ($100.00), the receipt and sufficiency of which is accepted through the signing of this document, shall hold harmless and defend The School Board of Lee County and its agents and employees from all suits and actions, including attorney's fees and all costs of litigation and judgments of any name and description arising out of or incidental to the performance of this contract or work performed there under.  This provision shall also pertain to any claims brought against The School Board of Lee County by an employee of the named Contractor/Vendor, any Subcontractor, or anyone directly or indirectly employed by any of them.  The Contractor/Vendor's obligation under this provision shall not be limited in any way by the agreed upon contract price as shown in this Contract or the Contractor/Vendor's limit of, or lack of, sufficient insurance protection.  The first One Hundred Dollars ($100.00) or money received on the contract price is considered as payment of this obligation by The School Board of Lee County.

_X_ 4.  Automobile Liability Owned/Non-owned/Hired Automobile Included

$1,000,000.00     Each Occurrence

_X_ 5.  Other Insurance as indicated below:
    a)  Professional Liability
    b)  Builder's Risk

$1,000,000.00
$ -0-

**The School Board of Lee County Florida Insurance Requirements**
(Continued)

X 6.   Vendor shall insure that all subcontractors comply with the same insurance requirements that he is required to meet.  The same vendor shall provide The School Board of Lee County with certificates of insurance meeting the required insurance provisions.

X 7.   The School Board of Lee County must be named as **"ADDITIONAL INSURED"** on the Insurance Certificate for all coverages except Workers' Compensation and Professional Liability.

X 8.   The School Board of Lee County shall be named as the Certificate Holder.

**NOTE:  The "Certificate Holder" should read as follows:**

**The School Board of Lee County, Florida**
**Attn: Procurement Services**
**2855 Colonial Boulevard**
**Fort Myers, Florida 33966**

X 9.   **Thirty (30) Days Cancellation Notice is required.**

X 10.  **The Certificate must state the Proposal Number and Title.**

---

PROPOSER'S AND INSURANCE AGENT STATEMENT:

We understand the insurance requirements contained in these specifications, and that the evidence of said insurance is required within five (5) business days of the Notice of Award of the proposal.  The School Board of Lee County must be named as "ADDITIONAL INSURED" on the Insurance Certificate for Commercial General Liability and the Business Auto Liability policies. The School Board of Lee County desires proof of insurability at levels required for this proposal.

A current certificate of insurance is attached: ____X____ YES _____ NO

| | |
|---|---|
| Anthony K. High | President |
| Proposer Name | Proposer Title |

_____
Signature of Proposer

**ATTACHMENT D - ADDENDA ACKNOWLEDGEMENT FORM**

It is the sole responsibility of each proposer to ensure that all addenda released are received; that all ITN and addenda requirements have been completed and that all required submittals have been included.

**The undersigned acknowledges the receipt of any addenda. <u>Include a copy of each addendum with proposal.</u>**

Addendum #1_____  Date Issued:___04/11/2018___  Attached to proposal?_X_Y__N
                      Signature

Addendum #2_____  Date Issued:_____  Attached to proposal?__Y__N
                      Signature

Addendum #3_____  Date Issued:_____  Attached to proposal?__Y__N
                      Signature

Addendum #4_____  Date Issued:_____  Attached to proposal?__Y__N
                      Signature

Addendum #5_____  Date Issued:_____  Attached to proposal?__Y__N
                      Signature

**ATTACHMENT E – DEBARMENT FORM**

## Certification Regarding Debarment, Suspension, Ineligibility and Voluntary Exclusion -- Lower Tier Covered Transactions

This certification is required by the Department of Education regulations implementing Executive Order 12549, Debarment and Suspension, 34 CFR Part 85, for all lower tier transactions meeting the threshold and tier requirements stated at Section 85.110.

**Instructions for Certification**

1. By signing and submitting this bid, the prospective lower tier participant is providing the certification set out below.

2. The certification in this clause is a material representation of fact upon which reliance was placed when this transaction was entered into. If it is later determined that the prospective lower tier participant knowingly rendered an erroneous certification, in addition to other remedies available to the Federal Government, the department or agency with which this transaction originated may pursue available remedies, including suspension and/or debarment.

3. The prospective lower tier participant shall provide immediate written notice to the person to which this bid is submitted if at any time the prospective lower tier participant learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

4. The terms "covered transaction," "debarred," "suspended," "ineligible," "lower tier covered transaction," "participant," " person," "primary covered transaction," " principal," "bid," and "voluntarily excluded," as used in this clause, have the meanings set out in the Definitions and Coverage sections of rules implementing Executive Order 12549. You may contact the person to which this bid is submitted for assistance in obtaining a copy of those regulations.

5. The prospective lower tier participant agrees by submitting this bid that, should the proposed covered transaction be entered into, it shall not knowingly enter into any lower tier covered transaction with a person who is debarred, suspended, declared ineligible, or voluntarily excluded from participation in this covered transaction, unless authorized by the department or agency with witch

this transaction originated.

6. The prospective lower tier participant further agrees by submitting this bid that it will include the clause titled Certification Regarding Debarment, Suspension, Ineligibility, and Voluntary Exclusion-Lower Tier Covered Transactions, without modification, in all lower tier covered transactions and in all solicitations for lower tier covered transactions.

7. A participant in a covered transaction may rely upon a certification of a prospective participant in a lower tier covered transaction that it is not debarred, suspended, ineligible, or voluntarily excluded from the covered transaction, unless it knows that the certification is erroneous. A participant may decide the method and frequency by which it determines the eligibility of its principals. Each participant may but is not required to, check the No procurement List.

8. Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render in good faith the certification required by this clause. The knowledge and information of a participant is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

9. Except for transactions authorized under paragraph 5 of these instructions, if a participant in a covered transaction knowingly enters into a lower tier covered transaction with a person who is suspended, debarred, ineligible, or voluntarily excluded from participation in this transaction, in addition to other remedies available to the Federal Government, the department or agency with which this transaction originated may pursue available remedies, including suspension and/or debarment..

---

**Certification**

(1)  The prospective lower tier participant certifies, by submission of this bid, that neither it nor its principals are presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from participation in this transaction by any Federal department or agency.

(2)  Where the prospective lower tier participant is unable to certify to any of the statements in this certification, such prospective participant shall attach an explanation to this bid.

| NAME OF APPLICANT<br>Oakes Farms Food & Distribution Services, LLC. | PR/AWARD NUMBER AND/OR PROJECT NAME<br>ITN No: N187332DG |
|---|---|
| PRINTED NAME AND TITLE OF AUTHORIZED REPRESENTATIVE<br>Anthony K. High, President | |
| SIGNATURE | DATE  04/13/2018 |

**ATTACHMENT F - DRUG-FREE WORKPLACE CERTIFICATION**

The undersigned proposer, in accordance with Florida Statue 287.087 hereby certifies that

_____ Oakes Farms Food & Distribution Services, LLC. _____ does:

               Name of Business

1.    Publish a statement notifying employees that the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance is prohibited in the workplace and specifying the actions that will be taken against employees for violations of such prohibition.

2.    Inform employees about the dangers of drug abuse in the workplace, the business's policy of maintaining a drug-free workplace, any available drug counseling, rehabilitation, employee assistance programs and the penalties that may be imposed upon employees for drug abuse violations.

3.    Give each employee engaged in providing the commodities or contractual services that are under proposal a copy of the statement specified in Paragraph 1.

4.    In the statement specified in Paragraph 1, notify the employees that, as a condition of working on the commodities or contractual services that are under proposal, the employee will abide by the terms of the statement and will notify the employer of any conviction of, or plea of guilty or nolo contender to, any violation of Chapter 893 or of any controlled substance law of the United States or any state, for a violation occurring in the workplace no later than five (5) days after such conviction.

5.    Impose a sanction on, or require the satisfactory participation in a drug abuse assistance or rehabilitation program if such is available in the employee's community, by any employee who is so convicted.

6.    Make a good faith effort to continue to maintain a drug-free workplace through implementation of Paragraphs 1 thru 5.

As the person authorized to sign this statement, I certify that this firm complies fully with the above requirements.


Signature of Authorized Officer _____


Date _____04/13/2018_____

## ATTACHMENT G - PUBLIC ENTITY CRIMES FORM

**SWORN STATEMENT UNDER SECTION 287.133(3)(a),**
**FLORIDA STATUTES, PUBLIC ENTITY CRIMES**

THIS FORM MUST BE SIGNED IN THE PRESENCE OF A NOTARY PUBLIC OR OTHER OFFICER AUTHORIZED TO ADMINISTER OATHS.

1. This sworn statement is submitted with Bid, Proposal or Contract No. ___N187332DG___ for ___Fresh Produce___.

2. This sworn statement is submitted by Oakes Farms Food & Distribution Services, LLC. (Name of entity submitting sworn statement) whose business address is ___4206 Mercantile Ave Naples, FL 34104___ and (if applicable) its Federal Employer Identification Number (FEIN) is ___46-1801858___. If the entity has no FEIN, include the Social Security Number of the individual signing this sworn statement:_____.

3. My name is ___Anthony K. High___ and my relationship to the Oakes Farms Food & Distribution Services, LLC. (please print name of individual signing) entity name above is ___President___.

4. I understand that a "public entity crime" as defined in Paragraph 287.133(1)(g), Florida Statutes, means a finding of any state or federal law by a person with respect to and directly related to the transaction of business with any public entity or with an agency or political subdivision of any other state or with the United States, including, but not limited to, any bid or contract for goods or services to be provided to any public entity or an agency or political subdivision of any other state or of the United States and involving antitrust, fraud, theft, bribery, collusion, racketeering, conspiracy, or material misrepresentation.

5. I understand that "convicted" or "conviction" as defined in Paragraph 287.133(1)(b), Florida Statutes, means a violation of guilt or a conviction of a public entity crime, with or without an adjudication of guilt, in any federal or state trial court of record relating to charges brought by indictment or information after July 1, 1989, as a result of a jury verdict, nonjury trial, or entry of a plea of guilty or nolo contendere.

6. I understand that an "affiliate" as defined in Paragraph 287.133(1)(a), Florida Statutes, means:

    1. A predecessor or successor of a person convicted of a public entity crime; or
    2. An entity under the control of any natural person who is active in the management of the entity and who has been convicted of a public entity crime. The term "affiliate" includes those officers, directors, executives, partners, shareholders, employees, members, and agents who are active in the management of an affiliate. The ownership by one person of shares constituting a controlling interest in another person, or a pooling of equipment or income among persons when not for fair market value under an arm's length agreement, shall be a prima facie case that one person controls another person. A person who knowingly enters into a joint venture with a person who has been convicted of a public entity crime in Florida during the preceding 36 months shall be considered an affiliate.

7.   I understand that a "person" as defined in Paragraph 287.133(1)(e), <u>Florida Statutes,</u> means any natural person or entity organized under the laws of any state or of the United States with the legal power to enter into a binding contract and which bids or applies to bid on contracts for the provision of goods or services let by a public entity, or which otherwise transacts or applies to transact business with a public entity.  The term "person" includes those officers, directors, executives, partners, shareholders, employees, members, and agents who are active in management of an entity.

8.   Based on information and belief, the statement which I have marked below is true in relation to the entity submitting this sworn statement.  (Please indicate which statement applies.)

   __X__ Neither the entity submitting this sworn statement, nor any officers, directors, executives, partners, shareholders, employees, members, or agents who are active in management of the entity, not any affiliate of the entity have been charged with and convicted of a public entity crime subsequent to July 1, 1989.

   __X__ The entity submitting this sworn statement, or one or more of the officers, directors, executives, partners, shareholders, employees, members, or agents who are active in management of the entity, or an affiliate of the entity has been charged with and convicted of a public entity crime subsequent to July 1, 1989, <u>AND</u> (Please indicate which additional statement applies.)

   __X__ The person HAS _____ or HAS NOT ___X___ been placed on the convicted contractor list.  (Please describe any action taken by or pending with the Department of Management Services concerning removal from the list.)


_____
(Signature)

Date: _____


STATE OF_____

COUNTY OF _____


_____APPEARED IN PERSON BEFORE ME (the undersigned authority), who is

personally known to me or provided the following identification _____, and affixed his/her

signature in the space provided above on this _____ day of _____, 20_____.


_____
NOTARY PUBLIC

My commission expires:


Form PUR 7068 (Rev. 11/89)

## ATTACHMENT H – BIDDER'S STATEMENT OF PRINCIPAL PLACE OF BUSINESS

## AND OPINION OF OUT-OF-STATE BIDDERS'S ATTORNEY ON BIDDING PREFERENCES

**PART A.   TO BE COMPLETED BY ALL BIDDERS – STATEMENT OF PRINCIPAL PLACE OF BUSINESS**

Name of Firm/Individual Bidding:   Oakes Farms Food & Distribution Services, LLC.

Identify the State in which the Bidder has its principal place of business:   Florida

Identify the political subdivision in which Bidder has its principal place of business:   Collier County

_____          04/13/2018
Signature of Legally Authorized Bidder's Representative                    Date

  Anthony K. High
Printed Name of Legally Authorized Bidder's Representative

**PART B. TO BE COMPLETED BY OUT-OF-STATE BIDDERS (Bidders with a principal place of business outside of Florida)**
**OPINION OF OUT-OF-STATE BIDDER'S ATTORNEY ON BIDDING PREFERENCES**
*(Sections I and II must be completed by the Attorney for an Out-of-State Bidder)*

**NOTICE:** Section 287.084(2), Florida Statutes provides that "a vendor whose principal place of business is outside this State must accompany any written bid, proposal, or reply documents with a written opinion of an attorney at law licensed to practice law in that foreign state, as to the preferences, if any or none, granted by the law of that state [or political subdivision thereof] to its own business entities whose principal places of business are in that foreign state in the letting of any or all public contracts." See also: Section 287.084(1), Florida Statutes.

**Section I.       LEGAL OPINION ABOUT STATE BIDDING PREFERNCES**
          *(Please Select One)*
_____  The bidder's principal place of business is in the State of _____  and it is my legal opinion that  the laws of that state **do not grant a preference** in the letting of any or all public contracts to business entities whose principal places of business are in that state.

_____  The bidder's principal place of business is in the State of _____and it is my legal opinion that the laws of that state **grant the following preference(s)** in the letting of any or all public contracts to business entities whose principal places of business are in the state: (Please describe applicable preference(s) and identify applicable state laws(s)): _____
_____
_____

**Section II.      LEGAL OPINION ABOUT POLITICAL SUBDIVISION BIDDING PREFERNCES**
          *(Please Select One)*
_____  The bidder's principal place of business is in the political subdivision of _____  and it is my legal opinion that the laws of that political subdivision **do not grant a preference** in the letting of any or all public contracts to business entities whose principal places of business are in that political subdivision.

_____  The bidder's principal place of business is in the political subdivision of _____and the laws of that political subdivision **grant the following preference(s)** in the letting of any or all public contracts to business entities whose principal places of business are in the political subdivision: [Please describe applicable preference(s) and identify applicable authority granting the preference(s)]:
_____
_____

Signature of out-of-state bidder's attorney: _____

Printed name of out-of-state bidder's attorney: _____

Address of out-of-state bidder's attorney: _____

Telephone Number of out-of-state bidder's attorney: (_____) _____ - _____  Date: _____

Email address of out-of-state bidder's attorney: _____

Attorney's state of bar admission: _____

**ATTACHMENT I - CORPORATE OVERVIEW, EXPERIENCE AND KEY PERSONNEL**

**Corporate Overview:** (Company location(s); in business since; operated under other names; any company litigations or regulatory actions filed against; type of licenses)
Company Location(s):
_____SEE ATTACHED_____
_____
_____
_____

List the names of personnel who currently hold a Universal Vendor Badge for Florida School Districts, or who hold current District contractor badges.
_____SEE ATTACHED_____
_____
_____

In Operation since:   ___2012_____

Operated under any other names, if so list:
_____N/A_____
_____

Any litigation or regulatory action in past 3 years?  If so provide details.
_____N/A_____
_____
_____
_____
_____
_____
_____
_____

**Corporate Experience:** (list projects similar in size, scope and complexity to those in the ITN)
_____SEE ATTACHED_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Key Personnel:** (Key personnel identified who shall be assigned to the District, Company Officers, other key personnel along with titles, years of service, experience).  Organizational chart may be provided if desired.

_____SEE ATTACHED_____

_____
_____
_____
_____
_____
_____
_____

ATTACHMENT J - SEALED PROPOSAL LABEL

**Attach this "Sealed Proposal" label to the outside of proposal response envelope.**

---

**SEALED PROPOSAL *** DO NOT OPEN *** SEALED PROPOSAL *** DO NOT OPEN*** SEALED PROPOSAL**

FROM:   Oakes Farms Food & Distribution Services, LLC.

ADDRESS:   4206 Mercantile Ave

   Naples, FL 34104

**DELIVER TO:**   THE SCHOOL DISTRICT
DEPARTMENT OF PROCUREMENT SERVICES
2855 COLONIAL BLVD.
FORT MYERS, FL 33966-1012

**FRESH PRODUCE**
ITN NO.: N187332DG
OPENS: April 17, 2018 at 2:00 pm

---

# THE SCHOOL DISTRICT OF LEE COUNTY

## FIRST AMENDMENT TO AGREEMENT

**THIS FIRST AMENDMENT TO AGREEMENT** ("FIRST Amendment") is by and between **The School District of Lee County, Florida,** (hereinafter "the District"), whose address is 2855 Colonial Boulevard, Fort Myers, Florida 33966, and **Oakes Farms Food & Distribution Services, LLC (**hereinafter "Vendor"), whose address is **4206 Mercantile Avenue, Naples, FL 34104**.

**WHEREAS,** the District and Oakes Farms Food & Distribution Services, LLC entered into an Agreement for **Fresh Produce, ITB No. B187336DG,** dated **June 26, 2018** and

**WHEREAS,** the parties desire to amend the Agreement with this document.

**NOW, THEREFORE,** the parties hereto amend the Agreement as follows:

1.  The following additional terms shall be added to the original agreement:

**FEDERAL GRANTS TERMS AND CONDITIONS.** For any agreements that involve, receive or utilize Federal Grants funding, the following terms and conditions shall be considered a part of the agreement and Vendor accepts and acknowledges that it is and will continue to be in compliance with said terms and conditions for the term of the award. If Vendor fails to comply with these terms, Vendor shall notify the District in writing within five (5) business days.

> **ILLEGAL ALIEN LABOR** Vendor shall comply with all federal and state laws prohibiting the hiring and continued employment of aliens not authorized to work in the United States. Vendor must not knowingly employ unauthorized aliens, and should such violation occur shall be cause for cancellation of the contract. The Vendor and its subcontractors will utilize the E-verify system established by the U.S. Department of Homeland Security to verify the employment eligibility of its employees.

> **RECOVERED MATERIALS (2 CFR §200.322) applies to all contracts greater than $10,000.00** Vendor must comply with section 6002 of the Solid Waste Disposal Act, as amended by the Resource Conservation and Recovery Act. The requirements of Section 6002 include procuring only items designated in guidelines of the Environmental Protection Agency (EPA) at 40 CFR part 247 that contain the highest percentage of recovered materials practicable, consistent with maintaining a satisfactory level of competition, where the purchase price of the item exceeds $10,000.00 or the value of the quantity acquired during the preceding fiscal year exceeded $10,000.00; procuring solid waste management services in a manner that maximizes energy and resource recovery; and establishing an affirmative procurement program for procurement of recovered materials identified in the EPA guidelines.

> **FEDERAL DRUG-FREE WORKPLACE** Vendor agrees to comply with the drug-free workplace requirements for federal contractors pursuant to 41 U.S.C.A. § 8102.

 Initials

**BYRD ANTI-LOBBYING AMENDMENT (31 U.S.C. 1352) applies if contract is greater than or equal to $100,000.00.** Vendor certifies that it has filed the required certification and that it will not and has not used Federal appropriated funds to pay any person or organization for influencing or attempting to influence an officer or employee of an agency, a member of Congress, officer or employee of Congress, or an employee of a member of Congress in connection with obtaining any Federal contract, grant or any other award covered by 31 U.S.C. 1352. Vendor must disclose any lobbying with non-Federal funds that takes place in connection with obtaining any Federal award.

**ENERGY EFFICIENCY / CONSERVATION (42 U.S.C. 6201)** Vendor agrees to comply with the mandatory standards and policies relating to energy efficiency contained in the state energy conservation plan issued in compliance with the Energy Policy and Conservation Act (42 U.S.C. 6201).

**CLEAN AIR ACT (42 U.S.C. 7401 et seq.) and the FEDERAL WATER POLLUTION CONTROL ACT (33 U.S.C. 1251 et seq.), as amended applies to contracts and subgrants in excess of $150,000.00.** Vendor agrees to comply with all applicable standards, orders or regulations issued pursuant to the Clean Air Act (42 U.S.C. 7401-7671q) and the Federal Water Pollution Control Act as amended (33 U.S.C. 1251-1387). Vendor shall report any and all violations to the Federal awarding agency and the Regional Office of the EPA and notify the District concurrently within 30 days of notice of the violation.

**REMEDIES FOR VIOLATION OR BREACH OF CONTRACT** Failure to provide products within the time specified in the solicitation shall result in the following: The Procurement Agent shall notify Vendor in writing within five (5) calendar days via the *Vendor Performance Form* and provide five (5) calendar days to cure. If Vendor cannot provide products, the District reserves the right to purchase products from the next lowest responsive and responsible Vendor. The defaulting Vendor may be responsible for reimbursing the District for the price differences.

**DEBARMENT AND SUSPENSION** Vendor certifies that it complies fully with the Federal Debarment Certification regarding debarment suspension, ineligibility and voluntary exclusion. In accordance with 2 CFR part 180 that implement Executive Orders 12549 and 12689. Furthermore, Vendor certifies that neither it nor its principals is presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from participation in this transaction by any federal department or agency.

**EQUAL EMPLOYMENT OPPORTUNITY** During the performance of this contract, Vendor agrees as follows:

a) Vendor will not discriminate against any employee or applicant for employment because of race, color, religion, sex, sexual orientation, gender identity, or national origin. Vendor will take affirmative action to ensure that applicants are employed, and that employees are treated during employment, without regard to their race, color, religion, sex, sexual orientation, gender identity, or national origin. Such action shall include, but not be limited to the following: employment, upgrading, demotion, or transfer; recruitment or recruitment advertising; layoff or termination; rates of pay or other forms of compensation; and selection for training, including apprenticeship. Vendor agrees to post in conspicuous places, available to employees and applicants for employment, notices to be provided by the contracting officer setting forth the provisions of this nondiscrimination clause.

b) Vendor will, in all solicitations or advancements for employees placed by or on behalf of Vendor state that all qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, or national origin.

c) Vendor will not discharge or in any other manner discriminate against any employee or applicant for employment because such employee or applicant has inquired about, discussed, or disclosed the compensation of the employee or applicant or another employee or applicant. This provision shall not apply to instances in which an employee who has access to the compensation information of other employees or applicants as a part of such employee's essential job functions discloses the compensation of such other employees or applicants to individuals who do not otherwise have access to such information, unless such disclosure is in response to a formal complaint or charge, in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or is consistent with Vendor's legal duty to furnish information.

d) Vendor will send to each labor union or representative of workers with which he has collective bargaining agreement or other contract or understanding, a Record Retention and access requirements to all records the Vendor will send to each labor union or representative of workers with which he has a collective bargaining agreement or other contract or understanding, a notice, to be provided by the agency contracting officer, advising the labor union or workers' representative of the Vendor's commitments under Section 202 of Executive Order No. 11246 of September 24, 1965, and shall post copies of the notice in conspicuous places available to employees and applicants for employment.

e) Vendor will comply with all provisions of Executive Order No. 11246 of Sept. 24, 1965, and of the rules, regulations, and relevant orders of the Secretary of Labor.

f) Vendor will furnish all information and reports required by Executive Order No. 11246 of September 24, 1965, and by the rules, regulations, and orders of the Secretary of Labor, or pursuant thereto, and will permit access to his books, records, and accounts by the contracting agency and the Secretary of Labor for purposes of investigation to ascertain compliance with such rules, regulations, and orders.

g) In the event Vendor is noncompliant with the nondiscrimination clauses of this contract or with any of such rules, regulations, or orders, this contract may be cancelled, terminated, or suspended in whole or in part and Vendor may be declared ineligible for further Government contracts in accordance with procedures authorized in Executive Order No. 11246 of Sept. 24, 1965, and such other sanctions may be imposed and remedies invoked as provided in Executive Order No. 11246 of September 24, 1965, or by rule, regulation, or order of the Secretary of Labor, or as otherwise provided by law.

h) Vendor will include the provisions of paragraphs (a) through (h) in every subcontract or purchase order unless exempted by rules, regulations, or orders of the Secretary of Labor issued pursuant to Section 204 of Executive Order No. 11246 of September 24, 1965, so that such provisions will be binding upon each subcontractor or Vendor. Vendor will take such action with respect to any subcontract or purchase order as may be directed by the Secretary of Labor as a means of enforcing such provisions including sanctions for noncompliance: Provided, however, that in the event Vendor becomes involved in, or is threatened with, litigation with a subcontractor or Vendor as a result of such direction, Vendor may request the United States to enter into such litigation to protect the interests of the United States.

_____Initials

**COPELAND "ANTI-KICKBACK" ACT (18 U.S.C. 874 AND 40 U.S.C. 276C)** Vendor certifies that it is, and will continue for the term of this contract, to be in compliance with the Copeland "Anti-Kickback" Act (40 U.S.C. 3145), as supplemented by Department of Labor regulations (29 CFR Part 3, "Vendor and Subcontractors on Public Building or Public Work Financed in Whole or in Part by Loans or Grants from the United States"). The Act provides that each Vendor or sub recipient must be prohibited from inducing, by any means, any person employed in the construction, completion, or repair of public work, to give up any part of the compensation to which he or she is otherwise entitled. The non-Federal entity must report all suspected or reported violations to the Federal awarding agency.

**DAVIS-BACON ACT, AS AMENDED (40 U.S.C. 276A TO A-7)** Vendor, certifies that  it is, and will continue for the term of this contract, to be in compliance with the Davis-Bacon Act (40 U.S.C. 3141-3144, and 3146-3148) as supplemented by Department of Labor regulations (29 CFR Part 5, "Labor Standards Provisions Applicable to Contracts Covering Federally Financed and Assisted Construction"). In accordance with the statute, Vendor is herein required to pay wages to laborers and mechanics at a rate not less than the prevailing wages specified in a wage determination made by the Secretary of Labor. In addition, Vendor agrees to pay wages not less than once a week. Vendor must provide a copy of the current prevailing wage determination issued by the Department of Labor in each solicitation. Vendor acknowledges that the decision to award this contract or subcontract is conditioned upon the acceptance of the wage determination which Vendor accepts. Vendor agrees to report all suspected or reported violations to the Federal awarding agency and to notify the District concurrently. Vendor certifies that it is, and will continue to be, for the term of this contract in full compliance with the Copeland "Anti-Kickback" Act (40 U.S.C. 3145), as supplemented by Department of Labor regulations (29 CFR Part 3, "Vendor and Subcontractors on Public Building or Public Work Financed in Whole or in Part by Loans or Grants from the United States"). The Act provides that each Vendor or sub recipient must be prohibited from inducing, by any means, any person employed in the construction, completion, or repair of public work, to give up any part of the compensation to which he or she is otherwise entitled. The non-Federal entity must report all suspected or reported violations to the Federal awarding agency.

**CONTRACT WORK HOURS AND SAFETY STANDARDS ACT (40 U.S.C. 327-333)** Vendor certifies that it is, and will continue for the term of this contract, to be in compliance with 40 U.S.C. 3702 and 3704, as supplemented by Department of Labor regulations (29 CFR Part 5). Under 40 U.S.C. 3702 of the Act, each Vendor must be required to compute the wages of every mechanic and laborer on the basis of a standard work week of 40 hours. Work in excess of the standard work week is permissible provided that the worker is compensated at a rate of not less than one and a half times the basic rate of pay for all hours worked in excess of 40 hours in the work week. The requirements of 40 U.S.C. 3704 are applicable to construction work and provide that no laborer or mechanic must be required to work in surroundings or under working conditions which are unsanitary, hazardous or dangerous. These requirements do not apply to the purchases of supplies or materials or articles ordinarily available on the open market, or contracts for transportation or transmission of intelligence.

**HEALTH AND SAFETY STANDARDS IN BUILDING TRADES AND CONSTRUCTION industry (40 U.S.C. 3704)** No laborer or mechanic must be required to work in surroundings or under working conditions which are unsanitary, hazardous, or dangerous.

Except as herein expressly modified, the Agreement for web-based platforms, assessment materials, and scoring services dated June 26, 2018 shall otherwise remain in full force and effect, subject to all terms and conditions therein.

Initials

**IN WITNESS WHEREOF,** this First Amendment to Agreement has been executed by the parties on the date and year set forth below.

| OWNER | VENDOR |
|---|---|
| The School Board of Lee County, Florida | Oakes Farms Food & Distribution Services, LLC |

| | | | | |
|---|---|---|---|---|
| By: | _____ | By: | _G R g_ | |
| Print Name: | _Gregory K. Adkins, Ed.D._ | Print Name: | _Anthy K. Hjh_ | |
| Its: | _Superintendent_ | Its: | _President_ | |
| Date: | _____ | Date: | _5-6-19_ | |

Approved as to Form:

By:_____
           School Board Attorney

**Oakes Farms Food & Distribution Services, LLC**
**4206 Mercantile Avenue**
**Naples, FL  34104**
**bill@oakesfarms.com; foodserviceadmin@oakesfarms.com**