# EXHIBIT "B"



**Agenda Item Details**

| | |
|---|---|
| Meeting | Jun 02, 2020 - Regular School Board Meeting 3:00 PM Virtual |
| Category | F. Consent - Business Services |
| Subject | 4. Approval of Expenditure for ITB No. B187336DG – Fresh Produce |
| Type | Action (Consent) |
| Fiscal Impact | Yes |
| Dollar Amount | 6,000,000.00 |
| Budgeted | Yes |
| Budget Source | The estimated expenditure of $6,000,000.00 will be funded from budgeted Food and Nutrition Services Department funds. This agenda item is specifically for the approval of the estimated expenditure. Funds will only be expended within the existing resources of the applicable location. |
| Recommended Action | Approval of the estimated expenditure for ITB No. B187336DG for fresh produce, awarded to Oakes Farms Food & Distribution Services, LLC, in the amount of $6,000,000.00, for the third year of the base contract period of July 1, 2020 through June 30, 2021, pursuant to the same terms and conditions as previously approved by the Board. Approval authorizes the Superintendent to execute all related documents. |
| Goals | Objective 5 - Increase Operational Efficiency and Effectiveness |

ITB No. B187336DG is for the purchase of fresh fruits and vegetables for all District schools. Items include, but are not limited to; apples, bananas, carrots, cucumbers, lettuce, oranges, pears and tomatoes. Items are for student consumption at all schools, as well as the fresh fruit and vegetable program at selected schools in the District, and the summer feeding program. On June 26, 2018, this ITB was awarded to Oakes Farms Food & Distribution Services, LLC, for three years beginning July 1, 2018 through June 30, 2021, with renewal options for three additional one-year periods. It is recommended that the Board approve the estimated expenditure of $6,000,000.00, for the third year of the base contract period of July 1, 2020 through June 30, 2021, pursuant to the same terms and conditions as previously approved by the Board.

**Motion & Voting**

Approval of the Consent Items, exclusive of pulled items (if applicable).

Motion by Cathleen Morgan, second by Melisa Giovannelli.
Final Resolution: Motion Carried
Yea: Cathleen Morgan, Chris Patricca, Melisa Giovannelli, Mary Fischer, Debbie Jordan, Gwynetta Gittens, Elizabeth Vaughn