# EXHIBIT "C"



PERSONAL | PASSIONATE |

THE SCHOOL DISTRICT OF LEE COUNTY

**Fredrick B. Ross**

Director of Procurement Services

2855 Colonial Boulevard, Fort Myers, FL 33966 | 239.337.8195 | fredrickbr@leeschools.net

June 11, 2020

Mr. Anthony K. High
President
Oakes Farms Food & Distribution Services, LLC
4206 Mercantile Avenue
Naples, FL  34104

RE:  ITB No. B187336DG – Fresh Produce

Dear Mr. High,

Per our conversation this morning, and in compliance with the General Conditions of the ITB, Section 29 - Cancellation/Termination, it has been determined that it is in the best interest of the District to terminate the contract for convenience, awarded to Oakes Farms Food & Distribution Services, LLC, resulting from ITB B187336DG, effective June 11, 2020.  The last delivery date of ordered products will be June 25, 2020.

Thank you,

Fredrick B. Ross
Director, Procurement Services

Received by: _____
Mr. Anthony K. High
Oakes Farms Food & Distribution Services, LLC

cc:  ITB No. B187336DG file

BOARD MEMBERS: MARY FISCHER, CHAIR, DISTRICT 1 | DEBBIE JORDAN, VICE CHAIR, DISTRICT 4 | MELISA W. GIOVANNELLI, DISTRICT 2
CHRIS N. PATRICCA, DISTRICT 3 | GWYNETTA S. GITTENS, DISTRICT 5 | BETSY VAUGHN, DISTRICT 6
CATHLEEN O'DANIEL MORGAN, DISTRICT 7 | GREGORY K. ADKINS, Ed.D., SUPERINTENDENT | MITCHELL BIERMAN, BOARD ATTORNEY