# EXHIBIT "D"



## Agenda Item Details

| | |
|---|---|
| Meeting | Jun 23, 2020 - Regular School Board Meeting 3:00 PM - Virtual |
| Category | F. Consent - Business Services |
| Subject | 15. Approval to Increase Expenditures for the Piggyback of Osceola County School District RFP SDOC-14-P-065-LH - Distribution and Procurement of Food and Non-Food Products for the P.O.W.E.R. Buying Group |
| Type | Action (Consent) |
| Fiscal Impact | Yes |
| Dollar Amount | 6,000,000.00 |
| Budgeted | Yes |
| Budget Source | The estimated increase of $6,000,000.00 will be funded from Food and Nutrition Services budgeted funds. This agenda item is specifically for a one-time approval to increase the estimated annual expenditure of the piggyback from $17,500,000.00 to $23,500,000.00. Funds will only be expended within the existing resources of the applicable locations. |
| Recommended Action | Approval to increase the previously Board approved estimated expenditure of $17,500,000.00 by $6,000,000.00, for a total estimated annual expenditure of $23,500,000.00, for the piggyback of Osceola County School District RFP No. SDOC-14-P-065-LH, for the distribution and procurement of food and non-food products through the P.O.W.E.R. Buying group, awarded to US Foods, Inc., for the period of July 1, 2020 through June 30, 2021, with an option to cancel if deemed to be in the best interest of the District. Approval authorizes the Superintendent to execute all related documents. |
| Goals | Objective 5 - Increase Operational Efficiency and Effectiveness |

On June 2, 2020, the Board approved expenditures for the School District of Lee County ITB No. B187336DG for fresh produce ($6,000,000.00), as well as giving the Superintendent permission to execute the contract and all other related documents. The piggyback of Osceola County School RFP SDOC-14-P-065-LH - P.O.W.E.R. Buy Group for food and non-food products ($17,500,000.00) was also approved at this same meeting. On June 11, 2020, the District made the decision to terminate the contract for convenience with the awarded vendor of ITB No. B187336 for fresh produce as allowed per the terms of the contract. US Foods, Inc., is able to provide uninterrupted service of fresh produce to all District locations, at a lower cost than the terminated contract, as they are already established with deliveries of other food and non-food products. It is recommended the Board approve the increase to the previously Board approved estimated expenditure of $17,500,000.00, by $6,000,000.00, for a total estimated annual expenditure of $23,500,000.00, with US Foods, Inc., for the period of July 1, 2020 through June 30, 2021, with an option to cancel if deemed to be in the best interest of the District.

_____
6/22/20 - Revision of Public Content verbiage.

## Motion & Voting

Approval of the School Board Meeting Minutes as presented.

BoardDocs® Plus	https://go.boarddocs.com/fl/lee/board.nsf/Public

Motion by Cathleen Morgan, second by Melisa Giovannelli.
Final Resolution: Motion Carried
Yea: Cathleen Morgan, Chris Patricca, Melisa Giovannelli, Mary Fischer, Debbie Jordan, Gwynetta Gittens, Elizabeth Vaughn