UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

OAKES FARMS FOOD & DISTRIBUTION
SERVICES, LLC and FRANCIS A. "ALFIE"
OAKES, III,

                Plaintiffs,

vs.

THE SCHOOL DISTRICT OF LEE
COUNTY, FLORIDA, GREGORY ADKINS,
FREDRICK B. ROSS, MARY FISCHER,
DEBBIE JORDAN, MELISSA W.
GIOVANELLI, CHRIS N. PATRICCA,
GWYNETTA S. GITTENS, BETSY
VAUGHN, CATHLEEN O'DANIEL
MORGAN, and JOHN DOE #1,

                Defendants.       /

CIVIL ACTION

Case No. 2:20-CV-00488-JLB-MRM

## MOTION TO WITHDRAW

COME NOW, James D. Fox and the law firm of Roetzel & Andress, LPA and hereby files his Motion to Withdraw, pursuant to Local Rule 2.02(c), as counsel for the Defendant, CHRIS N. PATRICCA ("Patricca"). In support of this motion the movants say as follows:

1.    Based upon irreconcilable differences, it is impossible for the undersigned counsel to continue to effectively represent the interests of the Patricca.

2.    Patricca and the undersigned agree that the Patricca should obtain new counsel, and thus the client consents to this withdrawal.

3.    There is a pending Motion to Dismiss that may be dispositive to Patricca. However, that motion has been fully briefed and there was already a hearing addressing key issues of the same.

4.      Discovery in this case is scheduled to continue until December 1, 2021, this is not set for trial until June of 2022, so no prejudice will result to any party from the undersigned's withdrawal from representation of Patricca.

5.      The undersigned counsel hereby certifies that this Motion is being made in good faith and not for the purposes of delay.

6.      Pursuant to Local Rule 3.01(g) the undersigned has conferred with counsel for the Plaintiffs who have no objection to this motion.


WHEREFORE, and by reason of the foregoing, James D. Fox, and the law firm of Roetzel & Andress, LPA, respectfully request this Honorable Court to enter an order allowing the withdrawal of the undersigned counsel as attorneys for, Defendant, CHRIS N. PATRICCA and  directing that until replacement counsel enters an appearance, that all further pleadings and correspondence be sent to the Defendant, CHRIS N. PATRICCA, at the address indicated below:

Chris N. Patricca
ChrisNP@leeschools.net
School Board of Lee County
2885 Colonial Blvd
Fort Myers, FL 33966
(239) 335-8512

16433538 _1

Respectfully submitted,

/s/ James D. Fox
JAMES D. FOX
Florida Bar No. 689289
ROETZEL & ANDRESS, LPA
850 Park Shore Drive
Trianon Centre, Third Floor
Naples, Florida 34103
Telephone: (239) 649-6200
Facsimile: (239) 261-3659
Email: jfox@ralaw.com
Secondary: serve.jfox@ralaw.com

*Attorney for Defendants, The School District of Lee County, Florida, Gregory Adkins, Fredrick B. Ross, Mary Fischer, Debbie Jordan, Melissa W. Giovanelli, Chris N. Patricca, Gwynetta S. Gittens, Betsy Vaughn, and Cathleen O'Daniel Morgan*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon all counsel of record or *pro se parties* identified in the following Service List in the manner specified below, on this 17th day of March 2021:

**(via e-mail)**
Steven J. Bracci, Esq.
Florida Bar No. 157562.
Steven J. Bracci, P.A.
9015 Strada Stell Court, Suite 102
Naples, Florida 34109
E-mail: steve@braccilaw.com
E-mail: michelle@braccilaw.com
*Attorney for Plaintiffs, Oakes Farms & Food Distribution, LLC, and Francis A. Oakes, III*

/s/ James D. Fox
JAMES D. FOX

16433538 _1